KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
 *ajweil@kbkfirm.com*
Joshua W. Sussman (294695)
 *jsussman@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Douglas A. Rettew (*pro hac vice* application forthcoming)
 *doug.rettew@finnegan.com*
Margaret A. Esquenet (*pro hac vice* application forthcoming)
 *margaret.esquenet@finnegan.com*
Anna B. Naydonov (*pro hac vice* application forthcoming)
 *anna.naydonov@finnegan.com*
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202.408.4161
Facsimile:  202.408.4400

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BUDDY WEBSTER p/k/a BUDDY BLAZE,<br><br>Plaintiff,<br><br>v.<br><br>DEAN GUITARS; ARMADILLO ENTERPRISES, INC.; ARMADILLO DISTRIBUTION ENTERPRISES, INC.; ESTATE OF DIMEBAG DARRELL ABBOTT, an unknown entity; GUITAR CENTER, INC., A Delaware corporation; RITA HANEY, an individual, EMOJI FAME, a New York business entity of unknown form, and DOES 4-10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-03027-JFW-MRW<br><br>**DECLARATION OF KIMBERLY ZIDE DAVIS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>*Filed Concurrently with Defendants' Reply in Support of Motion to Transfer Venue and Declaration of Evan Rubinson*<br><br>Judge: Hon. John F. Walter<br>Date: July 31, 2017<br>Time: 1:30 p.m.<br>Crtrm.: 7A<br><br>Trial Date:    None Set |

## DECLARATION OF KIMBERLY ZIDE DAVIS

I, Kimberly Zide Davis, declare as follows:

1. I am the Manager of the Estate of Dimebag Darrell Abbott (the "Estate"). I submit this Declaration in support of Defendants' Reply in Support of their Motion to Transfer Venue. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In 2014, Armadillo Distribution Enterprises, Inc. ("Armadillo") entered into a license agreement with the Estate regarding, among things, the guitar design Plaintiff contends is infringing.

3. Armadillo and the sole administrator of the Estate, Vincent Paul Abbott, are the only parties to the Agreement.

4. The Agreement served as an amendment to Armadillo's original contract entered into with Darrell Abbott in 2004, and later amended in 2008.

5. Ms. Rita Haney, who is Darrell Abbott's former girlfriend, is not a party to the 2004, 2008, or 2014 agreements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of July, 2017, at Middletown, New Jersey

_____
Kimberly Zide Davis

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1

Case No. 2:17-cv-03027-JFW-MRW

DECLARATION OF KIMBERLY ZIDE DAVIS IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE