UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BUDDY WEBSTER p/k/a BUDDY BLAZE,

    Plaintiff,

v.

DEAN GUITAR; ARMADILLO ENTERPRISES, INC.; ARMADILLO DISTRIBUTION ENTERPRISES, INC.; ESTATE OF DIMEBAG DARRELL ABBOTT, an unknown entity; GUITAR CENTER, INC., a Delaware corporation; RITA HANEY an individual; EMOJI FAME, a New York business entity of unknown form; and DOES 1-10 inclusive,

    Defendants.
_____/

CASE NO. 8:17-cv-1795-T-36TBM

## AMENDED JOINT MOTION FOR RELIEF FROM REQUIREMENT FOR LEAD COUNSEL TO CONFER IN PERSON FOR PREPARATION OF CASE MANAGEMENT REPORT

Plaintiff, BUDDY WEBSTER ("Webster"), and Defendants DEAN GUITARS; ARMADILLO ENTERPRISES, INC.; ARMADILLO DISTRIBUTION ENTERPRISES, INC. (collectively, "Armadillo"); ESTATE OF DIMEBAG DARRELL ABBOTT (the "Estate"); GUITAR CENTER, INC.; RITA HANEY; and VINNIE PAUL ABBOTT (collectively, the

1

"Parties") submit this amended[1] motion for relief from conferring in person to prepare the Case Management Report and state:

1. Under the Related Case Order and Track Two Notice [D.E. 50] and L.R. 3.05, lead counsel are required to meet in person for a case management conference, absent an order permitting otherwise.

2. Due to the separation by geography of lead counsel involved: Pasadena, California (lead counsel for Plaintiff Buddy Webster); Washington, D.C. (lead counsel for Defendants Armadillo, the Estate, Guitar Center, Inc., and Vincent Paul Abbott); and Tampa, Florida (lead counsel for Rita Haney), scheduling an in-person meeting for the lead counsel is challenging and would require significant travel expenses.

3. The Parties have scheduled a case management conference for October 10, 2017. Plaintiff's local counsel (Kathleen Wade; Fee & Jeffries, P.A.), Armadillo/Estate/Guitar Center/Vincent Abbott's local counsel (Anne Leonard; Trenam Law); and Rita Haney's lead counsel (James Matulis) will participate in person. Plaintiff's lead counsel (Eric Bjorgum; Karish & Bjorgum PC) and Armadillo/Estate/Guitar Center/Vincent Abbott's lead counsel (Douglas A. Rettew; Finnegan, Henderson, Farabow, Garrett & Dunner LLP) will participate by phone. As Plaintiff, Webster will circulate a proposed Case Management Report ("CMR") prior

---

[1] This version of this document differs from the document filed on October 5, 2017 [D.E. 82] only by including a signed Certificate of Service. The Certificate of Service on D.E. 82 was inadvertently not signed.

to that conference, should the Court grant this motion.  The Parties believe that all issues required to be addressed in the CMR can be fully addressed with lead counsel participating by phone and local counsel participating in person.  If subsequent conferences or correspondence are necessary, the Parties will labor until all issues for the CMR have been met.

     4.     Should the Court deny this motion, the Parties will immediately make arrangements for the lead counsel to meet in person.

     5.     Undersigned counsel certifies, pursuant to M.D. Fla. L.R. 3.01(g), that the Parties are in agreement with the relief sought in this motion.

Respectfully submitted,

*/s/ Eric Bjorgum*
**KARISH & BJORGUM, PC** (Admitted *pro hac vice*)
eric.bjorgum@kb-ip.com
KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, CA  91103
(213) 785-8070 - Telephone
(213) 995-5010 – Facsimile
*Attorneys for Plaintiff Buddy Webster*

*/s/ Anna Naydonov*
**ANNA NAYDONOV**
(Admitted *pro hac vice*)
anna.naydonov@finnegan.com FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC  20001-4413
Telephone:  202.408.4000
Facsimile:  202.408.4400

*Attorneys for Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, the Estate of Darrell Abbott, Guitar Center, Inc. and Vinnie Paul Abbott*


<u>*/s/ James Matulis*</u>
**JAMES M. MATULIS**
Florida Bar No. 0077429
Law Office of James Matulis
9806 Gretna Green Drive, Suite 100
Tampa, FL 33626
Jim@Matulis-Law.com
Tel. (813) 451-7347
*Counsel for Defendant Rita Haney*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on October 6, 2017 with the Clerk of the Court through the CM/ECF system that will give notice to all parties of record.

/s/ _____

A. Eric Bjorgum, Attorney
Karish & Bjorgum, PC
*Attorneys for Plaintiff BUDDY WEBSTER*