UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BUDDY WEBSTER p/k/a BUDDY BLAZE,<br><br>Plaintiff,<br><br>v.<br><br>DEAN GUITARS; ARMADILLO ENTERPRISES, INC.; ARMADILLO DISTRIBUTION ENTERPRISES, INC.; ESTATE OF DIMEBAG DARRELL ABBOTT; GUITAR CENTER, INC.; RITA HANEY; EMOJI FAME; WAL-MART STORES, INC.; MIOP HOLDINGS, LLC dba AXE HEAVEN; VINCENT PAUL ABBOTT; and DOES 7-10 inclusive,<br><br>Defendant. | CIVIL NO. 8:17-cv-1795-T-36TBM<br><br>**NOTICE OF SETTLEMENT <u>AS TO MIOP HOLDINGS, LLC ONLY</u>** |

NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, Plaintiff Buddy Webster and Defendant MIOP Holdings, LLC (the "Settling Parties") hereby notify the Court that they have reached a settlement in this matter.  This settlement affects only MIOP Holdings, LLC.  *The matter will continue as calendared with regard to all other parties*.  The Settling Parties expect that final documentation memorializing the settlement will be complete and executed within 10 days.  If a Stipulated Dismissal is not filed within fourteen (14) days, the Settling Parties will provide a status report to the Court.

Dated:  January 31, 2018

Respectfully submitted,

By: __/s/_____        By: _____/MJH/_____
Eric Bjorgum (pro hac vice)              Michael J. Hoisington
KARISH & BJORGUM, PC                Higgs Fletcher & Mack LLP
119 E. Union St., Suite B                 401 West A Street, Suite 2600
Pasadena, California 91103              San Diego, CA 92101

Telephone: (213) 785-8070
Facsimile: (213) 995-5010

*Attorney for Plaintiff*

/s/
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
rfee@feejeffries.com
kwade@feejeffries.com
Local Counsel for Plaintiff

mhoisington@higgslaw.com
T: (619) 236-1551
F: (619) 696-1410

*Attorneys for Defendant MIOP Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2018, a true and correct copy of the foregoing was served via electronic mail on the parties listed below.

ANNA NAYDONOV
(Admitted pro hac vice)
anna.naydonov@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC  20001-4413
Telephone:  202.408.4000
Facsimile:  202.408.4400
Attorneys for Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, the Estate of Darrell Abbott, Guitar Center, Inc. and Vinnie Paul Abbott


JAMES M. MATULIS
Florida Bar No. 0077429
LAW OFFICE OF JAMES MATULIS
9806 Gretna Green Drive, Suite 100
Tampa, FL 33626
Jim@Matulis-Law.com
Tel. (813) 451-7347
Counsel for Defendant Rita Haney


RAOUL G. CANTERO
Florida Bar No. 552356
raoul.cantero@whitecase.com
Moneyede M. Martin
Florida Bar No. 59272
moneyede.martin@whitecase.com
WHITE & CASE LLP
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Fax: (305) 358-5744
Attorneys for Defendant Wal-Mart Stores, Inc.

/s/ _____
A. Eric Bjorgum, Attorney
Karish & Bjorgum, PC
Attorneys for Plaintiff BUDDY WEBSTER