**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BUDDY WEBSTER p/k/a BUDDY BLAZE,

    Plaintiff,

v.

DEAN GUITARS; ARMADILLO ENTERPRISES, INC.; ARMADILLO DISTRIBUTION ENTERPRISES, INC.; ESTATE OF DIMEBAG DARRELL ABBOTT, an unknown entity; GUITAR CENTER, INC., a Delaware corporation; RITA HANEY an individual; EMOJI FAME, a New York business entity of unknown form; and DOES 1-10 inclusive,

    Defendants.
_____/

CASE NO. 8:17-cv-1795-T-36TBM

JURY TRIAL DEMANDED

## DECLARATION OF ERIC BJORGUM IN SUPPORT OF OPPOSITION TO ARMADILLO DISTRIBUTION ENTERPRISES, INC., ARMADILLO ENTERPRISES, INC., DEAN GUITARS, THE ESTATE OF DARRELL ABBOTT, AND GUITAR CENTER, INC.'S JOINT MOTION FOR SUMMARY JUDGMENT

I, Eric Bjorgum, declare as follows:

1. I am counsel for Plaintiff Buddy Webster in this action. I am submitting this Declaration in Support of Opposition to Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, The Estate of Darrell Abbott, and Guitar Center, Inc.'s Joint Motion for Summary Judgment. All facts contained herein are within my personal knowledge

1

and, if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of excerpts from the May 9, 2018 deposition of Plaintiff Buddy Webster.

3. Attached as Exhibit B is a true and correct copy of Buddy Blaze Artist History Partial List as of 10/5/2016.

4. Attached as Exhibit C is a true and correct copy articles referencing Buddy Blaze.

5. Attached as Exhibit D is a true and correct copy of excerpts from the May 9, 2018 deposition of Plaintiff Buddy Webster.

6. Attached as Exhibit E is a true and correct copy of excerpts from the May 10, 2018 deposition of Michael Trujillo.

7. Attached as Exhibit F is a true and correct copy of Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., and Dean Guitars' Objections and Responses to Buddy Webster's First Set of Interrogatories. Attached as Exhibit E is a true and correct copy of Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., and Dean Guitars' Objections and Responses to Buddy Webster's First Set of Interrogatories.

8. Attached as Exhibit G is a true and correct copy of Rita Haney's Objections and Responses to Buddy Webster's First Set of Interrogatories.

9. Attached as Exhibit H is a true and correct copy of excerpts from the May 9, 2018 deposition of Plaintiff Buddy Webster regarding the Josh Maloney video.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Pasadena, California on June 26, 2018.

_____
Eric Bjorgum