**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BUDDY WEBSTER p/k/a BUDDY
BLAZE,

      Plaintiff,

v.

DEAN GUITARS; ARMADILLO
ENTERPRISES, INC.; ARMADILLO
DISTRIBUTION ENTERPRISES, INC.;
ESTATE OF DIMEBAG DARRELL
ABBOTT, an unknown entity; GUITAR
CENTER, INC., a Delaware corporation;
RITA HANEY an individual; EMOJI
FAME, a New York business entity of
unknown form; and DOES 1-10 inclusive,

      Defendants.

_____/

CASE NO. 8:17-cv-1795-T-36TBM

JURY TRIAL DEMANDED

**PLAINTIFF, BUDDY WEBSTER'S MOTION TO FILE EXHIBITS D, E AND F TO THE**
**DECLARATION OF ERIC BJORGUM UNDER SEAL**

Pursuant to Local Rules 3.01 (a) and 1.09 (a), Plaintiff Buddy Webster ("Plaintiff" or

"Webster") respectfully moves the Court for an order granting Webster leave to file Exhibits D,

E and F to the Declaration of Eric Bjorgum in Support of Opposition to Armadillo Distribution

Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, The Estate of Darrell Abbott, and

Guitar Center, Inc.'s Joint Motion for Summary Judgment ("Declaration of Eric Bjorgum")

under seal.  As good grounds therefor, Webster states as follows:

1. Webster seeks leave from the Court to file Exhibits D, E and F to the Declaration of

    Eric Bjorgum under seal for the Court's consideration in connection with Webster's

Opposition to Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, The Estate of Darrell Abbott, and Guitar Center, Inc.'s Joint Motion for Summary Judgment.

2.      The filing of the Exhibit D to the Declaration of Eric Bjorgum should be under seal because it involves the testimony of M. Trujillo. Because of Mr. Trujillo's concerns about his personal safety for testifying in this case, he asked that his deposition be Attorneys Eyes Only, and all counsel agreed, particularly due to the fact that Darrell Abbott remains very popular in Dallas and was murdered by a deranged fan.

3.      The filing of the Exhibit E to the Declaration of Eric Bjorgum should be under seal because Defendants designated this discovery response as Attorneys Eyes Only pursuant to a confidentiality agreement among the parties.

4.      The filing of the Exhibit F to the Declaration of Eric Bjorgum should be under seal because Defendants designated this discovery response as Attorneys Eyes Only pursuant to a confidentiality agreement among the parties.

5.      Webster is unaware of any available and satisfactory means of protecting the Protected Material other than by filing it under seal.

6.      In regards to the proposed duration of the seal, Webster will follow all provisions of the Confidentiality Agreement and will notify the Court if it learns that the Protected Material is or becomes a part of the public domain and/or becomes no longer confidential.  Under Local Rule 1.09 (c), Webster understands that no order sealing any item shall extend beyond one year unless good cause is shown but is renewable if a motion is filed before the expiration of the seal. If the Court provides a one-year time limit, Webster will file a motion to renew if necessary and appropriate.

7.      Pursuant to Local Rule 3.01 (g), prior to filing the instant motions, Webster's counsel conferred with Defendants' counsel, who stated Defendants did not oppose filing their Exhibits D, E and F to the Declaration of Eric Bjorgum under seal.  *See* Certificate of Good Faith Conference, *infra*.

WHEREFORE, Plaintiff, Buddy Webster respectfully requests the Court grant this Motion, permit the filing of the Exhibits D, E  and F to the Declaration of Eric Bjorgum under seal, and grant such other and further relief which this Court deems just and appropriate.

## CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with Local Rule 3.01, undersigned counsel hereby certifies he conferred with counsel for Defendants on June 26, 2018, before filing the instant motion.  On July 2, 2018, counsel for Defendants indicated that they did not object to the under seal filing of Exhibits D, E and F to the Declaration of Eric Bjorgum under seal.


*/s/ Eric Bjorgum*
Eric Bjorgum



## MEMORANDUM OF LAW

Pursuant to Rule 3.01 (a) of the Local Rules of the U.S. District Court for the Middle District of Florida, Plaintiff submits this, its Memorandum of Law in support of its Motion.

The Court should allow the filing of Exhibits D, E. and F to the Declaration of Eric Bjorgum under seal.  In civil litigation, as opposed to criminal actions, "[p]ublic disclosure of discovery material is subject to the discretion of the trial court and the federal rules that circumscribe that discretion."  *Chicago Tribune Co. v.  Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1310 (11th Cir. 2001).  Here there are two interests at stake.  First, Mr. Trujillo is concerned about his privacy and safety.  Second, Defendants are concerned about their proprietary information and personal information.  The parties' interest in maintaining privacy in these circumstances outweighs the public's interest in access to this information.  The Court should exercise its discretion and allow Exhibits D, E and F to the Declaration of Eric Bjorgum to be filed under seal.

For all of the foregoing reasons, Buddy Webster respectfully requests leave to file Exhibits D, E, and F to the Declaration of Eric Bjorgum under seal.

Dated:  July 2, 2018

Respectfully submitted,

/s/ Eric Bjorgum
**KARISH & BJORGUM, PC** (Admitted *pro hac vice*)
eric.bjorgum@kb-ip.com
KARISH & BJORGUM, PC
119 E. Union St., Suite B
Pasadena, CA  91103
(213) 785-8070 - Telephone
(213) 995-5010 – Facsimile
*Lead Counsel for Plaintiff Buddy Webster*

/s/
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
**FEE & JEFFRIES, P.A.**
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
rfee@feejeffries.com
kwade@feejeffries.com
*Local Counsel for Plaintiff Buddy Webster*

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, a true and correct copy of the foregoing was served via electronic mail per agreement on the parties listed below.

**Anna Naydonov**
(Admitted *pro hac vice*)
anna.naydonov@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC  20001-4413
Telephone:  202.408.4000
Facsimile:  202.408.4400
*Lead Counsel for Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, and the Estate of Darrell Abbott*

**Anne C. Leonard**
Florida Bar No. 85133
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
(813) 223-7474
aleonard@trenam.com
*Local Counsel for Defendants, Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, and the Estate of Darrell Abbott*

**James M. Matulis**
Florida Bar No. 0077429
Law Office of James Matulis
9806 Gretna Green Drive, Suite 100
Tampa, FL 33626
Jim@Matulis-Law.com
Tel. (813) 451-7347
*Counsel for Defendant Rita Haney*

/s/
_____
A. Eric Bjorgum, Attorney
Karish & Bjorgum, PC
*Attorneys for Plaintiff BUDDY WEBSTER*