# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BUDDY WEBSTER p/k/a BUDDY
BLAZE,

        Plaintiff,

v.

DEAN GUITARS; ARMADILLO
ENTERPRISES, INC.; ARMADILLO
DISTRIBUTION ENTERPRISES, INC.;
ESTATE OF DIMEBAG DARRELL ABBOTT;
GUITAR CENTER, INC.; RITA HANEY; EMOJI
FAME; MIOP HOLDINGS, LLC d/b/a AXE
HEAVEN, and VINNIE PAUL ABBOTT
an Individual,

        Defendants.

_____/

CASE NO. 8:17-cv-1795-T-36TBM

## <u>MOTION FOR LEAVE TO FILE DEPOSITION EXCERPTS UNDER SEAL</u>

      Pursuant to Local Rule 1.09, Armadillo Distribution Enterprises, Inc., Armadillo

Enterprises, Inc., Dean Guitars, the Estate of Darrell Abbott, and Guitar Center, Inc. (together

"Armadillo/Estate/Guitar Center") move to file under seal Exhibit 27 to the Supplemental

Declaration of Anna Naydonov (Dkt. # 150-1) in support of their Reply Brief in Support of Joint

Motion for Summary Judgment.

      Under Local Rule 1.09, a party seeking to file under seal any paper or other matter in any

civil case, must serve a motion, which includes:

       (i) an identification and description of each item proposed for sealing;
       (ii)  the reason that filing each item is necessary;
       (iii) the reason that sealing each item is necessary;
       (iv) the reason that a means other than sealing is unavailable or unsatisfactory
       to preserve the interest advanced by the movant in support of the seal;
       (v) a statement of the proposed duration of the seal; and

(vi) a memorandum of legal authority supporting the seal.

Armadillo/Estate/Guitar Center address each of the above requirements below.

### 1.        An Identification and Description of Each Item Proposed for Sealing

Armadillo/Estate/Guitar Center request that the Court allow them to file under seal Exhibit 27 to the Supplemental Declaration of Anna Naydonov (Dkt. # 150-1).  The exhibit consists of the excerpts from the May 10, 2018 deposition transcript of Michael Trujillo, who is a third-party witness.

### 2.        The Reason That Filing the Deposition Excerpts Is Necessary

In his opposition to summary judgment, Plaintiff Buddy Webster claimed that Michael Trujillo was a "witness to the creation of the [guitar]."  (Opp. Br. 5, Dkt. # 140.)

The deposition excerpts Armadillo/Estate/Guitar Center seek to submit with their reply brief show that, contrary to Webster's misleading statements, Trujillo was not present when the Lightning Graphic—the design Webster claims copyright in—was painted.

### 3.        The Reasons That Sealing the Deposition Excerpts Is Necessary

Sealing of the deposition excerpts is necessary because Webster designated the entirety of Trujillo's deposition transcript "Highly-Confidential Outside Attorneys' Eyes Only" based on Trujillo's privacy concerns and desire to keep his testimony confidential.

### 4.        The Reason That a Means Other Than Sealing Is Unavailable or Unsatisfactory to Preserve the Interest Advanced by the Movant in Support of the Seal

On July 9, 2018, Armadillo/Estate/Guitar Center's counsel sent an email to Webster's counsel proposing that the excerpts of Trujillo's deposition transcript be filed publicly (with the surrounding testimony redacted).  Webster's counsel requested that the excerpts be filed under seal because of the witness's privacy concerns.

**5.      A Statement of the Proposed Duration of the Seal**

Armadillo/Estate/Guitar Center request that the deposition excerpts in Exhibit 27 remain

sealed for one year and/or for any renewed period approved by the Court.

**6.      A Memorandum of Legal Authority Supporting the Seal**

For the reasons detailed in Webster's Motion to File Exhibits D, E, and F to the

Declaration of Eric Bjorgum under Seal (Dkt. # 147), Armadillo/Estate/Guitar Center understand

that Trujillo is concerned for his privacy and safety and does not want his testimony to be

publicly released.

For the above reasons and authorities, Armadillo/Estate/Guitar Center respectfully

request that the Court allow them to file Exhibit 27 to the Supplemental Declaration of Anna

Naydonov (Dkt. # 150-1) under seal.

## CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with Local Rule 3.01, the undersigned counsel hereby certifies that she

conferred with counsel for Plaintiff on July 9 and 10, 2018 before filing this motion. On July 10,

2018, Plaintiff's counsel Eric Bjorgum requested that Exhibit 27 to the Supplemental Declaration of

Anna Naydonov (Dkt. # 150-1) be filed under seal.

Dated:  July 11, 2018                                  Respectfully submitted,

                                                       */s/ Anna B. Naydonov*
                                                       Anna B. Naydonov (*pro hac vice*)
                                                       *anna.naydonov@finnegan.com*
                                                       Douglas A. Rettew (*pro hac vice*)
                                                       *doug.rettew@finnegan.com*
                                                       Margaret Esquenet *(pro hac vice)*
                                                       *margaret.esquenet@finnegan.com*
                                                       FINNEGAN, HENDERSON, FARABOW,
                                                       GARRETT & DUNNER, LLP
                                                       901 New York Avenue, NW
                                                       Washington, DC 20001-4413
                                                       Telephone:    202.408.4000
                                                       Facsimile:    202.408.4400

Anne C. Leonard
Florida Bar No. 0085133
aleonard@trenam.com
Brigid A. Merenda
Florida Bar No. 0320500
*bmerenda@trenam.com*
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL 33602
Tel.: (813) 223-7474
Fax: 813.229-6553

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on July 11, 2018, with the Clerk of Court through the CM/ECF system that will provide notice to all parties of record.

*/s/ Anna B. Naydonov*
Anna B. Naydonov