**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BUDDY WEBSTER, aka Buddy Blaze,

    Plaintiff,

v.                                                Case No: 8:17-cv-1795-T-36CPT

DEAN GUITARS, ARMADILLO ENTERPRISES, INC., ARMADILLO DISTRIBUTION ENTERPRISES, INC., ESTATE OF DIMEBAG DARRELL ABBOTT, an unknown entity, DOES, 7-10 inclusive, GUITAR CENTER, INC., a Delaware corporation, RITA HANEY, an individual, EMOJI FAME, a New York business entity of unknown form, WAL-MART STORES, INC., a Delaware corporation, VINNIE PAUL ABBOTT, an individual, and MIOP HOLDINGS, LLC, a Nevada limited liability company,

    Defendants.

_____/

## **O R D E R**

This matter comes before the Court, *sua sponte,* upon Plaintiff's "Separate Statement of Undisputed Material Facts of Buddy Webster in Support of Opposition to Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, the Estate of Darrell Abbott, and Guitar Center Inc.'s Joint Motion for Summary Judgment" (Doc. 141) and Plaintiff's "Corrected Separate Statement of Undisputed Material Facts of Buddy Webster in Support of Opposition to Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, the Estate of Darrell Abbott, and Guitar Center Inc.'s Joint Motion for Summary Judgment" (Doc. 146).

Defendants Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, the Estate of Darrell Abbott, and Guitar Center, Inc. ("movants") filed a Joint Motion for Summary Judgment and exhibits thereto (Doc. 129). The movants and Plaintiff filed a Joint Stipulation of Undisputed Facts (Doc. 139) as required by the Court's Case Management and Scheduling Order. *See* Doc. 93, p. 6. Plaintiff timely filed a Response in Opposition (Doc. 140) to the movants' Joint Motion for Summary Judgment.

On June 26, 2018, Plaintiff filed a "Separate Statement of Undisputed Material Facts of Buddy Webster in Support of Opposition to Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, the Estate of Darrell Abbott, and Guitar Center Inc.'s Joint Motion for Summary Judgment" (Doc. 141) ("Separate Statement"). The Separate Statement, which is 26 pages (not including the signature block or certificate of service), sets forth the "Moving Party's Undisputed Facts" in one column. Doc. 141. In the next column, Plaintiff provides his "Response and Supporting Evidence", alleging that many of the movants' facts relied on in support of the summary judgment motion are disputed. Doc. 141. On June 29, 2018, Plaintiff filed a Corrected Separate Statement (Doc. 146) to "fix citations so that the Court and parties can more easily assess the motion." Doc. 146, p. 1.

Pursuant to Section H(1) of the Court's Case Management and Scheduling Order, the parties shall file a stipulation of agreed material facts signed by the movant and the parties opposing summary judgment pursuant to Local Rule 4.15. Doc. 93, p. 6. Otherwise, a party's response to a motion for summary judgment, including the material facts as to which the opposing party contends there is a genuine issue for trial and the memorandum of law, is limited to a single document of not more than twenty pages. Doc. 93, p. 6; L.R. 3.01(b). No party may exceed this page limitation or file any reply or further memorandum directed to the motion unless the party

seeks and the Court grants leave. L.R. 3.01(c). Plaintiff did not seek leave of Court to exceed the page limitations or to file further memorandum directed to the movants' summary judgment motion. Accordingly, Plaintiff's Separate Statement and Corrected Separate Statement will be stricken.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Separate Statement of Undisputed Material Facts of Buddy Webster in Support of Opposition to Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, the Estate of Darrell Abbott, and Guitar Center Inc.'s Joint Motion for Summary Judgment (Doc. 141) is hereby **STRICKEN.**

2. Plaintiff's Corrected Separate Statement of Undisputed Material Facts of Buddy Webster in Support of Opposition to Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars, the Estate of Darrell Abbott, and Guitar Center Inc.'s Joint Motion for Summary Judgment (Doc. 146) is hereby **STRICKEN.**

**DONE AND ORDERED** in Tampa, Florida on July 24, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any