**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BUDDY WEBSTER p/k/a BUDDY
BLAZE,

      CASE NO. 8:17-cv-1795-T-36TBM

    Plaintiff,

v.

DEAN GUITARS; ARMADILLO
ENTERPRISES, INC.; ARMADILLO
DISTRIBUTION ENTERPRISES, INC.;
ESTATE OF DIMEBAG DARRELL ABBOTT;
GUITAR CENTER, INC.; RITA HANEY; EMOJI
FAME; MIOP HOLDINGS, LLC d/b/a AXE
HEAVEN, WALMART STORES, INC., and VINNIE PAUL ABBOTT,

    Defendants.
_____/

**PLAINTIFF AND DEFENDANTS' JOINT MOTION**
**TO CONTINUE THE MEDIATION DEADLINE**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff, Buddy Webster ("Plaintiff") and Armadillo Distribution Enterprises, Inc., Armadillo Enterprises, Inc., Dean Guitars ("Armadillo"), the Estate of Darrell Abbott ("Estate"), Guitar Center, Inc. ("Guitar Center"), and Rita Haney ("Defendants") (collectively, the "Parties") jointly move the Court on the following grounds for an order amending the Case Management and Scheduling Order (Dkt. # 93) to continue the private mediation deadline from September 1, 2018, until thirty (30) days after the Court's ruling on a pending motion for summary judgment on all of Plaintiff's claims (Dkt. # 129), as well as Plaintiff's cross-motion for summary judgment to be filed after discovery closes on August 10, 2018:

    1.    The Scheduling Order was entered on October 27, 2017.  (Dkt. # 93.)

2. On March 6, 2018, a mediation conference was conducted in this matter before Magistrate Judge Julie S. Sneed pursuant to the Court's Orders. (Dkt. ## 93, 105.)

3. Except for Guitar Center (whose representative participated by phone), all of the parties participated in the mediation in person.

4. After a full day, the parties reached an impasse at mediation. (Dkt. # 124.)

5. Another mediation was originally scheduled for April 23, 2018 before a private mediator, but, pursuant to the Parties' joint motion, the Court granted the request to move the mediation deadline to August 31, 2018 to allow the parties to engage in discovery. (Dkt. # 126).

6. Since then, the Parties have been actively engaged in discovery.

7. On June 5, 2018, Armadillo/Estate/Guitar Center filed their Joint Motion for Summary Judgment on all of Plaintiff's claims. (Dkt. # 129.) On June 26, 2018, Webster filed his opposition (Dkt. # 140) (including a Declaration under Fed.R.Civ.P. 56(d)); and on July 10, 2018, Armadillo/Estate/Guitar Center filed their reply brief (Dkt. # 150). The motion is fully briefed and is currently pending before the Court.

8. On June 22, 2018, Defendant Vincent Abbott tragically passed away, and the Parties are in the process of finalizing settlement for claims against Vincent Abbott. (Dkt. # 153.)[1]

9. Regarding the remaining Defendants, because a dispositive motion is pending on all of Plaintiff's claims, Defendants do not believe that a private mediation before a ruling on the motion will be productive.

10. Moreover, most of the Parties and their respective counsel already traveled from various locations around the country (California, Texas, New Jersey, and Washington, DC) for

---

[1] Plaintiff represented that Defendants MIOP Holdings, LLC and Walmart Stores, Inc. have settled this matter.

an in-person mediation in Tampa, Florida March 2018, and the expense of arranging and traveling for a private mediation is significant for all.

      11.     Since the mediation in March 2018 (including the time period after the summary judgment was filed and fully briefed), the parties have engaged in numerous settlement communications. The Parties thus respectfully request that the deadline for the private mediation be moved until after the Court's ruling on the pending motion for summary judgment (Dkt. # 129). Continuing the mediation deadline will not affect any other deadlines under the Case Management and Scheduling Order (Dkt. # 93).

      WHEREFORE, Plaintiff and Defendants respectfully request that the Court grant this Motion and enter an Order modifying the private mediation deadline in the Case Management and Scheduling Order from August 31, 2018 until thirty (30) days after a ruling on the motions for summary judgment. If the case is still ongoing after the ruling on the motions for summary judgment, the Parties will promptly schedule a private mediation to occur within thirty (30) days of the ruling on the motions.

Dated: August 1, 2018

| | |
|---|---|
| *s/ Kathleen M. Wade* | *s/ Anna B. Naydonov* |
| Richard E. Fee | Anna B. Naydonov |
| Florida Bar No. 813680 | (*Admitted Pro Hac Vice*) |
| Katherine M. Wade | Douglas A. Rettew |
| Florida Bar No. 127965 | (*Admitted Pro Hac Vice*) |
| FEE & JEFFRIES, P.A. | Margaret Esquenet |
| 1227 N. Franklin Street | (*Admitted Pro Hac Vice*) |
| Tampa, Florida 33602 | FINNEGAN, HENDERSON, FARABOW, |
| (813) 229-8008 | GARRETT & DUNNER, LLP |
| (813) 229-0046 (Facsimile) | 901 New York Avenue, NW |
| rfee@feejeffries.com | Washington, DC 20001-4413 |
| kwade@feejeffries.com | (202) 408-4427 |
| aperez@feejeffries.com | (202) 408-4400 (Facsimile) |
| Local Counsel for Plaintiff | anna.naydonov@finnegan.com |
| | doug.rettew@finnegan.com |
| AND | margaret.esquenet@finnegan.com |

| | |
|---|---|
| | Lead Counsel for Defendants, Armadillo |
| Eric Bjorgum | Distribution Enterprises, Inc., Armadillo |
| (*Admitted Pro Hac Vice*) | Enterprises, Inc., Dean Guitars, and the |
| Marc Karish | Estate of Darrell Abbott |
| (*Admitted Pro Hac Vice*) | |
| KARISH & BJORGUM, PC | AND |
| 119 E. Union St., Suite B | |
| Pasadena, California 91103 | Anna C. Leonard |
| (213) 785-8070 | Florida Bar No. 85133 |
| (213) 995-5010 (Facsimile) | aleonard@trenam.com |
| eric.bjorgum@kb-ip.com | Brigid A. Merenda |
| marc.karish@kb-ip.com | Florida Bar No. 0320500 |
| Lead Counsel for Plaintiff | bmerenda@trenam.com |
| | TRENAM, KEMKER, SCHARF, BARKIN, |
| | FRYE, O'NEILL & MULLIS, P.A. |
| | 101 E. Kennedy Blvd., Suite 2700 |
| | Tampa, FL 33602 |
| | (813) 223-7474 |
| | (813) 229-6553 (Facsimile) |
| | |
| | Local Counsel for Defendants, Armadillo |
| | Distribution Enterprises, Inc., Armadillo |
| | Enterprises, Inc., Dean Guitars, and the |
| | Estate of Darrell Abbott |

*s/ James M. Matulis*
James M. Matulis
Law Office of James Matulis
9806 Gretna Green Dr., Suite 100
Tampa, FL 33626
(813) 451-7347
(813) 282-8800 (Facsimile)
jim@matulis-law.com
Counsel for Defendant, Rita Haney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on August 1, 2018, with the Clerk of Court through the CM/ECF system that will provide notice to all parties of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Anna B. Naydonov*
　　　　　　　　　　　　　　　　　　　　Anna B. Naydonov