# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BUDDY WEBSTER p/k/a BUDDY
BLAZE,

       Plaintiff,

v.

DEAN GUITARS; ARMADILLO
ENTERPRISES, INC.; ARMADILLO
DISTRIBUTION ENTERPRISES, INC.;
ESTATE OF DIMEBAG DARRELL
ABBOTT, an unknown entity; GUITAR
CENTER, INC., a Delaware corporation;
RITA HANEY an individual; EMOJI
FAME, a New York business entity of
unknown form; and DOES 1-10 inclusive,

       Defendants.

_____/

CASE NO. 8:17-cv-1795-T-36TBM

JURY TRIAL DEMANDED

## DECLARATION OF ERIC BJORGUM IN SUPPORT OF PLAINTIFF BUDDY WEBSTER'S (P/K/A BUDDY BLAZE) MOTION FOR SUMMARY JUDGMENT

I, Eric Bjorgum, declare as follows:

      1.     I am counsel for Plaintiff Buddy Webster in this action.  I am submitting this

Declaration in Support of Plaintiff's Motion for Summary Judgment.  All facts contained herein

are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the Buddy Blaze Artist History Partial List as of 10/5/2016.

3.      Attached hereto as Exhibit B is a true and correct copy of  a printout from the Guitar Center website showing the low price "DFH/CFH" copies of Webster's guitar design.  It lists it as a "top seller."

4.      Attached hereto as Exhibit C are true and correct copies of magazine articles regarding Buddy Blaze and the Dean From Hell, including the 2011 Guitar World article that identifies Craig Patchin.

5.      Attached hereto as Exhibit D is a true and correct copy the 2007 "people in the know" email exchange between Elliott Rubinson and Buddy Blaze. of an excerpt (119:22-120:2) of the May 9, 2018 deposition of Plaintiff Buddy Webster.

6.      Attached hereto as Exhibit E is a true and correct copy of a printout from the Dean Guitars Website showing the "USA DIME ML RUST FROM HELL LIMITED RUN 100 PC" with an MSRP of $5,443 and a street price of $3,699.

7.      Attached hereto as Exhibit F is a true and correct copy of an advertisement from Guitar Center of the "Black Bolt" guitar using the lightning graphic.

8.      Attached hereto as Exhibit G is a true and correct copy of pages from the Youtube Channel "Dean on Demand"  found on the website www.deanguitars.com.  The pages at BB00051 – 53 show the site map index of files on the "Dean on Demand" page, which include "buddy09.php" and "buddyML09.php." screen shot of from the Dean Guitar webpage (Exhibit 11 to the May 9, 2018 deposition of Plaintiff Buddy Webster). These can be found at

https://www.youtube.com/watch?v=pa_zNJR2NAA&t=293s and

https://www.youtube.com/watch?v=0H1lYXZYXGA.

9.      Attached hereto as Exhibit H is a true and correct copy of a listing of prices of
NightSwans currently.  As can be seen, the prices went up.  On the other hand, the prices for DFH
guitars have stayed static or gone down.

10.     Attached hereto as Exhibit I is a true and correct copy of an exchange on
Instagram in 2018 with Buddy Webster wherein "neil_o_connor" writes "Always loved Darrell
man and yea [I know] that buddy was the only reason we guys got the blue lightning bolt guitar."

11.     Attached hereto as Exhibit J is a true and correct copy of  portions of "Black
Tooth Grin" by Zac Carin.

12.     Attached hereto as Exhibit K of the copyright registration in this matter.

13.     Attached hereto as Exhibit L is a true and correct copy of the Cease and Desist
letter I sent in this action. I got no response directly from Elliott Rubinson.

14.     Attached hereto as Exhibit M is a true and correct copy of the response to the
cease and desist letter I sent in this action. I got no response directly from Elliott Rubinson.

15.     Attached hereto as Exhibit N is a true and correct copy of the Expert Report of
Alan Niven prepared for this matter on May 7, 2018.

16.     Attached hereto as Exhibit O is a true and correct copy of a recent compendium of
guitar advertisements from the 1980's and 1990's.  The advertisement showing Darrell Abbott
was just before Dean Guitars went out of business. Abbott is much younger and does not have
as many tattoos as in later in life.  The advertisement showing the Kramer's "NightSwan"
mentions Buddy Blaze.

17.     Filed herewith under seal as Exhibit P is a true and correct copy of the

3

Interrogatory Responses of Rita Haney.

18.     Filed herewith under seal as Exhibit R is a true and correct copy of sales figures for items bearing the DFH image.

19.     Attached hereto as Exhibit S are further examples of bulletin board postings with fans being upset at to the continued sale of DFH and Darrell Abbott guitars by Dean.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Pasadena, California October 1, 2018.

_____

Eric Bjorgum

# Exhibit A

# Buddy Blaze Artist History
Partial List as of 10/5/2016

**Guitars/Basses made by Buddy:**

*When artist is followed by Guitars or Basses, Buddy would have made multiple instruments that were played by said artist. Some guitars were made while Buddy was employed by Kramer Guitars 1987-1989.*

Vivian Campbell  / Guitars – Whitesnake, Def Leppard
Mark Kendall / Guitars  - Great White
Steve Mandile / Guitars - Lee Greenwood Band, Sixwire
Barry Dunaway / Basses – 38 Special, Yngwie Malmsteen
Dave Watson / Basses - Lee Greenwood Band, Oak Ridge Boys
Kinley Wolfe / Basses - Lord Tracy, The Cult, The American Fuse
Reb Beach / Guitar - Winger
Kip Winger / Bass - Winger
Slash / Guitar - Guns N' Roses
Brad Whitford / Guitar - Aerosmith
Joe Perry / Guitars - Aerosmith
Darrell Abbott (Dimebag) / Guitar ("The Dean From Hell") – Pantera
Terry Glaze / Guitars – Lord Tracy
Kirk Hammet / Guitar - Metallica
Kent Wells / Guitars - Lee Greenwood Band, Dolly Parton, Kenny Rogers
Ted Nugent / Guitar - Ted Nugent
Derek St. Holmes / Guitar - Ted Nugent
Andy Timmons / Guitars - Danger Danger
Dave Meniketti / Guitar - Y&T
Joey Alves / Guitar - Y&T
Geezer Butler / Bass - Ozzy Osbourne, Black Sabbath
Ian Hill / Bass - Judas Priest
Scott Patton / Guitars – Sugarland, Jennifer Nettles
Sam Bam Koltun / Guitars - GabrieLa (f/k/a Gabbie Rae)
Dave Amato / Guitars - REO Speedwagon
Eddie Ojeda / Guitars - Twisted Sister
Jeff Pilson / Bass - Dokken
Wyland  / Guitar - Artist of the Sea
Simati "LT" Smooth / Guitar and Ukelele - Solo Artist
Jake Shimabukuro / Ukelele - Solo Artist
Kevin Dukes / Guitars - Peter Cetera
Jon Butcher / Guitars
Melvin Brannon / Bass – Dan Reed Network
Brian James / Guitar – Dan Reed Network
Dave Hineman (a "Texas Tornado") / Guitars – Solinger
Rex / Bass - Pantera

BB000136

# Buddy Blaze Artist History
Partial List as of 10/5/2016 (continued)

**Buddy was a technician for the following artists in studio and/or touring**:

Mark Kendall / Guitarist - Great White
Billy Burnette / Guitarist and Vocalist - Fleetwood Mac
Larry Carlton / Guitarist
Ronnie Montrose / Guitarist
Patrick Rondat / Guitarist
Hershel Yatovitz / Guitarist - Chris Isaak
Waddy Wachtel / Guitarist - Stevie Nicks
Steve Vai / Guitarist
Stu Hamm / Bassist - Joe Satriani
Tom Scholz / Guitarist - Boston
David Pack / Guitarist and Vocalist - Ambrosia
Alan Parsons / Guitarist
Trent Reznor / Guitarist and Vocalist - Nine Inch Nails
Johnny Rzeznik / Guitarist and Vocalist - Goo Goo Dolls
Mike Botts / Drums – Bread, Dan Fogelberg
David Gates / Guitarist and Vocalist  - Bread
Maitland Ward / Guitarist - Sheena Easton
Michael Manson / Bassist - George Duke all star band
Jeffrey Lee Johnson / Guitarist - George Duke all star band
Larry Kimpel / Bassist - Larry Carlton
John Menzano / Bassist - Sheena Easton
Al Ortiz / Bassist - Stevie Nicks
Carlos Rios / Guitarist - Stevie Nicks
Mark Andes / Bassist- Dan Fogelberg
Rob McEntee / Guitarist - Dan Fogelberg
Sheryl Crow / Guitarist and Vocalist - Stevie Nicks (guest performer numerous times)
Don Henley / Guitarist and Vocalist - Eagles
Peter Cetera / Bassist and Lead Vocalist - Chicago, Peter Cetera
Phillip Bynoe / Bassist – Steve Vai
Ben Mauro / Guitarist - Lionel Ritchie
Mike Inez / Bassist – Alice In Chains, Ozzy
Blues Saraceno / Guitarist
Zakk Wylde / Guitarist – Ozzy, BLS
Damon Johnson / Guitarist – Thin Lizzy
Jon Butcher / Guitarist
Vivian Campbell / Guitarist
Adrian Vandenberg / Guitarist – Whitesnake
Susanna Hoffs / Guitarist and Volcalist – The Bangles

BB000137

# Exhibit B

Free shipping on all products: including new, used, vintage and oversized/overweight*Get Details

**The 48-Hour Sale** **Save 15%** on thousands of items with **FREE SHIPPING** on everything   Use cod

TOP SELLER

## Dean Dimebag Dean From Hell CFH Electric Guitar Lightning

Item #: 1316705840120          1 Reviews | Write a Review

The Dean Dimebag Dean From Hell CHF Electric Guitar puts t
body design behind a stunning graphic. The sleek, set mahoga
rosewood fretboard is designed for speed, while Bill L... Click
About This Product



**AVAILABLE 08-11-2017**
You will not be charged until order ships.    Email me when thi

PRICE:    $**699**⁰⁰
+ PLUS FREE SHIPPING

1          Add to Cart

+ Add to Wish List

### Special Financing Offer

**$30/month‡ for 24 month**

0% Interest for 24 Months*. 24 Equal
Payments required. Valid through  07
Get Details ▸

QUESTIONS?
Connect with an expert instantly.

Call us: 866-498-7882

Chat Now

See All Dean Solid Body Electric Guitars



| Pro Coverage Eligible | Free Shipping | Inte Sl |
| --- | --- | --- |

## Customers with Similar Interests Also Viewed

○  ○

BB000045

    

| | | | | |
|---|---|---|---|---|
| Dean Dimebag Razorback DB Electric Guitar with Floyd Rose Bridge Black | Dean Razorback Dimebag Lone Star Electric Guitar Custom Graphic | Dean Dimebag Pantera FBD ML Electric Guitar | Dean Dimebag Dime Camo ML Electric Guitar Custom Graphic | Dean Dimebag Par Southern Trendkill electric Guitar The |
| **$349.00** | **$499.00** | **$345.51** | **$250.20** | **$3** |
| | (1) | (1) | (4) | (1) |

## Top Viewed Products

    

| | | | | |
|---|---|---|---|---|
| Dean Dave Mustaine Zero Dystopia Electric Guitar Dystopia Graphic | ESP LTD EC-401QM Electric Guitar Satin See-Thru Black | Dean Z-X Electric Guitar Black | Schecter Guitar Research Demon-6 With Floyd Rose Solid Body Electric Guitar | Dean ML XM Electr Guitar Natural |
| **$499.00** | **$699.00** | **$188.24** | **$519.00** | **$1** |
| | (9) | (24) | (7) | (44) |

○ ○

## OVERVIEW

The Dean Dimebag Dean From Hell CHF Electric Guitar puts Dime's favorite body design behind a stunning gra sleek, set mahogany neck with rosewood fretboard is designed for speed, while Bill Lawrence bridge and neck h deliver all the high-output sonics you'll need. It also features dot inlays, classic V headstock shape, 24-3/4" scale tuners. The Floyd Rose Special bridge will keep you in fine dive bombing form.

**Features**
- Mahogany Top/Body
- 24-3/4" Scale
- 1-11/16" Nut
- Set Mahogany V Neck
- Rosewood Fingerboard
- Pearl Dot Inlays
- Grover Tuners
- Black Hardware
- DBD Traction Knobs
- Floyd Rose Special Bridge
- Bill Lawrence XL500 & DMT Design Pickups
- "DFH Lightning Bolt" Graphic

## WARRANTY

**MANUFACTURER'S WARRANTY**
5 year parts and labor warranty against defects.

**BB000046**

**GUITAR CENTER'S PRO COVERAGE**

Pro Coverage gives you added warranty protection for your gear. Stepping in where the manufacturer's "normal tear" coverage ends, our Pro Coverage program offers you upgraded coverage if your product ever fails Click To About This Product.

# Solid Body Electric Guitars Best Sellers



Squier Bullet Stratocaster SSS Electric Guitar with Tremolo Sea Foam Green
**$149.99**
(52)

G&L Limited Edition Tribute Legacy Electric Guitar Olympic White
**$499.00**
(7)

G&L Limited Edition Tribute ASAT Classic Electric Guitar Olympic
**$349.99**
(4)

ESP LTD EC-256FM Electric Guitar See-Thru Black
**$399.00**
(13)

Fender Special Edition Maple Fingerboard Standard Telecaster
**$5**
(9)

## Customer Reviews  |  Questions & Answers View All

Write a

## Review Snapshot

**5.0** (based on 1 review)

Reviewed by 1 customer

**Displaying Review 1   Back to Top**

By FYL
from Grand junction colorado



(**6 of 6** customers found this review helpful)

**5.0**  love it

| PROS | CONS | BEST USES |
|---|---|---|
| Fun To Play | | Jamming |
| Good Feel | | Practicing |
| Good Pick Up | | Recording |
| Good Tone | | Rock Concerts |
| Solid Electronics | | Small Venues |

Comments about *Dimebag Dean From Hell Electric Guitar*:

It has great sound and it feels amazing and has a great crunch off of my amp

**BOTTOM LINE** Yes, I would recommend this to a friend

(**6 of 6** customers found this review helpful)

**BB000047**

# Exhibit C



* DISC INSIDE! *
LESSONS: HOW TO PLAY REGGAE • JAZZ WITH ALEX SKOLNICK

# GUITAR

5 SONGS
*with bass lines!*

**BOB MARLEY**
"One Love/People
Get Ready"

**THE DOORS**
"Hello, I Love You"

**JUDAS PRIEST**
Painkiller

**A DAY TO REMEMBER**
"All I Want"

**MY CHEMICAL
ROMANCE**
"Sing"

ROCK
LEGENDS
1 OF 2 COVERS!
COLLECTOR'S
ISSUE!

30TH
ANNIVERSARY
SALUTE
BOB
MARLEY

+

OORS'
. WOMAN

EEN'S
ATEST HITS

MEBAG'S
THING
DEAN

**ASKING
ALEXANDRIA**

**THE GUITAR
KINGS OF
AMERICANA**

Buddy Miller

Bill Frisell

Mark Ribot

Greg Leisz

$7.99US

06>

future

0 70989 38750 6



# GUITAR WORLD

**EDITORIAL**
EDITOR-IN-CHIEF **Brad Tolinski**
MANAGING EDITOR **Jeff Kitts**
EXECUTIVE EDITOR **Christopher Scapelliti**
SENIOR EDITORS **Brad Angle, Richard Bienstock**
TECH EDITOR **Paul Riario**
ASSOCIATE EDITORS **Andy Aledort, Nick Bowcott, Alan di Perna**
CONTRIBUTING WRITERS **Max Bell, Mike Chiaccela, Damian Fanelli,
Ed Friedland, Vic Garbarini, Chris Gill, Kory Grow, Randy
Harward, Eric Kirkland, Joe Matera, John 5, Misha Mansoor, Ben
Mitchell, Ed Mitchell, Steven Rosen, Kevin W. Smith, Dale Turner,
Jan Wiederhorn, Mikael Wood, Keith Wyatt**
PRODUCER OF DIGITAL MEDIA **Peter Heatley**
ASSOCIATE VIDEO PRODUCER **Mark Nuñez**

**ONLINE**
ONLINE EDITOR **Jeff Kitts**
ONLINE MANAGING EDITOR **Brad Angle**
ONLINE GENERAL MANAGER **Charlie Craine**
ONLINE PRODUCER **Josh Hart**
ONLINE ASSISTANT EDITOR **Henry Yuan**
GW TABS ASSISTANT EDITOR **Tony Grassi**

**MUSIC**
SENIOR MUSIC EDITOR **Jimmy Brown**
MUSIC EDITOR **Matt Scharfglass**
MUSIC TRANSCRIPTIONIST **Jeff Perrin**
MUSIC ENGRAVERS **Staccato Media Group, Inc., MusicComp, Inc.**
MUSIC CLEARANCE AND GW TABS ONLINE EDITOR **Richard Bienstock**

**ART**
DESIGN DIRECTOR **Alexis Cook**
ASSOCIATE ART DIRECTOR **Michael Wilson**
DESIGNER **Sandie Burke**
PHOTOGRAPHY DIRECTOR **Jimmy Hubbard**
ASSOCIATE PHOTO EDITOR **Samantha Xu**
DIGITAL IMAGING SPECIALIST **Evan Trusewicz**

**EDITORIAL AND ADVERTISING OFFICES**
149 5th Ave., 9th Floor, New York, NY 10010
(212) 768-2966; FAX: (212) 944-9279
EMAIL **soundingboard@guitarworld.com**
WEB PAGE **guitarworld.com**
SUBSCRIPTION INQUIRIES AND CHANGE OF ADDRESS (800) 456-6441

**BUSINESS**
VP/PUBLISHING DIRECTOR, MUSIC **Anthony Danzi**
**adanzi@futureus.com**
PUBLISHER **Greg Di Benedetto**
**greg@guitarworld.com**
ADVERTISING SALES **Jason Perl**
646-723-5419, **jason@guitarworld.com**
ADVERTISING SALES **Scott Sciacca**
646-723-5478, **scott@guitarworld.com**
ADVERTISING SALES **Jeff Tyson**
646-723-5421, **jt@guitarworld.com**
AD COORDINATOR **Anna Blumenthal**
646-723-5404, **anna@guitarworld.com**
MARKETING MANAGER **Emily O'Neill**
646-723-5416, **emily@guitarworld.com**

**PRODUCTION**
PRODUCTION DIRECTOR **Michael Hollister**
PRODUCTION COORDINATOR **Nicole Schilling**
PRINT ORDER COORDINATOR **Linh Chau-Ward**

**CONSUMER MARKETING**
VP CONSUMER MARKETING **Rich McCarthy**
CIRCULATION DIRECTOR **Crystal Hudson**
NEWSSTAND DIRECTOR **Bill Shewey**
CIRCULATION COORDINATOR **Andrea Giantonio**
CONSUMER MARKETING OPERATIONS DIRECTOR **Lisa Radler**
RENEWAL & BILLING MANAGER **Mike Hill**
SR. ONLINE CONSUMER MARKETING MANAGER **Jennifer Trinkner**
CUSTOMER SERVICE MANAGER **Mike Frassica**

**FUTURE US, INC.**
4000 Shoreline Court, Suite 400, South San Francisco, CA 94080
www.futureus.com
PRESIDENT **John Marcom**
VP/CFO **John Sutton**
HUMAN RESOURCES DIRECTOR **Nancy Durlester DuBois**

Future US, Inc. is part of Future plc.
Future US, Inc. produces special-interest magazines
for people who share a passion. Our titles offer value for
money, reliable information and smart buying advice.
Over 100 international editions of our magazines are also
published in 30 other countries across the world.

Future plc is a public company quoted on the London Stock Exchange
(symbol: FUTR).
ISSN 1045-6295

NON-EXECUTIVE CHAIRMAN **Roger Parry**
CHIEF EXECUTIVE **Stevie Spring**
GROUP FINANCE DIRECTOR **John Bowman**
Tel +44 1225 442244
www.futureplc.com

©2011 Future US, Inc. All rights reserved. No part of this magazine may
be used or reproduced without the written permission of Future US, Inc.

**SUBSCRIBER CUSTOMER SERVICE:** Guitar World Magazine
Customer Care, P.O. Box 5641, Harlan, IA 51593-1141.
Online: www.guitarworld.com/customerservice.
Phone: 1-800-456-6441. Email GWOcustservi@cdsfulfillment.com.
**BACK ISSUES:** www.guitarworld.com/store or by calling 1-866-245-6231.
**REPRINTS:** Future US, Inc., 4000 Shoreline Court, Suite 400, South
San Francisco, CA 94080. Phone: (650) 872-1642. Fax (650) 872-2207.
Website: www.futureus.com

© 2011 The Epiphone Company, All Rights Reserved   Photo: Don Mitchell





**(from left) Blaze in 2008 with the Buddy Blaze signature Dean ML; Dime's Dean ML with its original finish; Blaze and Dime in 1986 with their Dean MLs; (opening spread) Dime with the Dean after Blaze's modifications**

ing the Evanator, the Kahuna and Alii King Koa guitars, which pay tribute to the company's base in Hawaii, and the Shredder, which is the original name of the guitar that became known as the Nightswan. Endorsers include Scott Patton of Sugarland and Stig Mathiesen of Alcatrazz, and Blaze is currently working on new designs with Vivian Campbell once again. This year, he started producing guitars in Indonesia, which has significantly reduced the price of his products without sacrificing quality.

*Guitar World* caught up with Blaze at his home in Kailua Kona, Hawaii, to discuss his background as a guitar maker, the true story of the Dean from Hell and his future plans with his growing guitar company.

**GUITAR WORLD** How did you get started building guitars?

**BUDDY BLAZE** I was a guitar player in the Dallas–Fort Worth area during the Eighties. Back then my day gig was working as a machinist in the aerospace and petroleum industries. I bought a lot of nice guitars, but they never were as good as I thought they should be, so I started working on them to get them into the shape I thought they should have been in when I bought them. Eventually, [*the Dallas-area music store*] Speir Music asked me to do repair work for them on the side. That led to me building my first guitar, which I put on display in the store. In less than a week I had five guys who wanted to buy it.

The guys in Lee Greenwood's band were the first national act to play my guitars. All of his guitarists played Buddy Blaze guitars. I was introduced to Vivian Campbell when he did a clinic at Speir Music and came out for the Dallas Guitar Show. Vivian had just left Ronnie James Dio's band and was starting his own band, Trinity. He was hanging out a lot at our booth at the show. We quickly became friends, and we designed the Shredder during his trip from the hotel to the airport. That pretty much got my career started, and all of this happened over about a year.

**GW** How did you meet Dimebag Darrell?

**BLAZE** My dad, mom, wife and I all worked for this one company, but in different divisions. One day, I went to pick up my wife, Joyce, after work, and this lady was chatting with her. My wife introduced me to her, and she said, "Joyce tells me you play guitar. My son plays guitar, too." I was thinking, Oh, god. I just want to go home. Then she mentioned that her son just won the Arnold & Morgan guitar contest, which made me realize that her son was probably a really good player. She turned out to be Darrell's mom, Carolyn Abbott, and she invited me to see his band play at Savvy's nightclub that weekend.

Darrell, Vinnie and Rex were all probably only 15 or 16 at the time. They played a 30-minute set and ripped through covers of songs like Loverboy's "Lady of the 80's." Darrell was this little-bitty kid playing a huge guitar, but he played no solos that night. I thought he was pretty good, but nothing earthshaking. I went to meet the band after the show, and Darrell and I clicked immediately.

Darrell called me about a week later to invite me to see Pantera play a show at the Aragon Ballroom. He said they were playing all night and doing three sets that would include a lot of their own music. I went to the show, and Darrell went into this solo that was a combination of "Revelation (Mother Earth)," "Eruption" and his own thing. I had never seen a human play guitar like that. It was incredible. He had the blues at an early age and had already found his voice at 15. His phrasing, tone and dynamics were already fully developed.

**GW** How did you end up with his Dean ML?

**BLAZE** Darrell was getting ready to buy his first car, a yellow Pontiac Firebird 400. He showed me this maroon Dean ML that he had and said, "Dude, check it. Man, you need to buy this 'cause I need to get a car." I thought it was a cool guitar, but I refused to buy it because it was Darrell's trophy that he had won from that guitar contest. I told him that one day he'd want to show it to his kids and grandkids and tell them how he won it.

A while after that the singer in my band, who was friends with Darrell, walked into rehearsal with this big Dean case, and I just knew that Darrell's guitar was inside of it. Turns out Darrell sold the guitar to him after I passed on it. I told my singer that I had to have that guitar and that I'd trade him any other guitar I owned. I had just bought a black Kramer Pacer, and my singer wanted that. About a month later I painted the Dean blue, because I only played blue guitars, and I put a Floyd Rose on it, ground down the saddles to lower the action, and put a Seymour Duncan Custom humbucker in the bridge.

After about a year I became bored with how it looked, so I took it to Craig Patchin, who had just started refinishing guitars for Speir Music. I told Craig that I wanted him to paint a lightning storm on it, like you see in nature, not a cartoon lightning bolt like



A Buddy **Blaze** Fubar model

[*Twisted Sister guitarist*] Eddie Ojeda had on his Charvel guitars. It looked pretty cool when it was done.

**GW** How did Dimebag get the guitar back?
**BLAZE** I played that guitar for a couple of years, and Dimebag saw me playing it a few times and admired it from afar. One day at the Dallas Guitar Show Darrell told me how much he loved that guitar and asked if I could make a copy of it. I was smiling inside because I knew it was his maroon Dean.

Kramer offered me a job as director of artist relations where I could make guitars for artists. The offer was too good to turn down so I jumped on it. Before I left Arlington to move to New Jersey, the last thing I did was drive to Darrell's house to drop off the ML. He was going, "Dude! I can't touch it. I'll scratch it and fuck it up." I told him that one day I'd tell people that he scratched it and I'll be proud of that fact.

Darrell called me a few weeks later and told me he wanted to put a Bill Lawrence pickup in the bridge. I said it was okay as long as he kept the Duncan in the case so he wouldn't lose it. Then he called a few weeks later to tell me he just couldn't give up that guitar. That's when I reminded him about the story I told him about keeping his trophy. I said, "That guitar is your maroon Dean. Just keep it." He went crazy when I told him that. He didn't know how to repay me. For two or three weeks he kept sending me gift packages of things like python-skin sneakers, these lightning-bolt glasses he made for me, and this really ugly pink Flying V that I got rid of immediately.

I didn't make that guitar for Darrell. I made it for me, and it was my concept, but Darrell does get credit for being the guy who introduced me to the Dean ML. He always played one with a maple top and a cherry sunburst finish, and he put a Floyd Rose on it, so when he did that I had to do that too. We probably had more Deans between us than the rest of Dallas-Fort Worth. He was like a little brother to me, and I miss him terribly.

**GW** What inspired you to start your own guitar company again?

**BLAZE** My wife and I moved to Hawaii while I was touring as a guitar tech for Nine Inch Nails. I could tour for seven months and make enough money to afford to live a whole year in Hawaii. I wanted to spend more time in Hawaii, but getting a regular job there wouldn't pay my bills. I brought my son Matt out here because he was struggling with addiction, and I wanted him to have an opportunity to look forward to when he recovered. Sadly, he lost his battle and

> "THIS COMPANY IS EVERYTHING TO ME. MY HEART AND SOUL GOES INTO EVERYTHING WE MAKE."

passed away when he was only 31.

Matt and I went to the NAMM show, and I started looking at vendors, because I was thinking of starting up Blaze Guitars again. I had a following from what I had done with Kramer and for Dimebag's Dean from Hell, and with the internet it was easier for people to find me. Unlike a lot of other famous guitar designers I still owned the rights to my own name, so it made sense to start my own company. I have a history and had a brand that was dormant for years, just waiting for me to use it. This seemed like the time to do it.

**GW** How did you discover your partner in Indonesia?

**BLAZE** I bought my CNC machine [a *computer-controlled manufacturing system*] from a guy in New York, and he asked me if I knew anything about Plek machines

[*computer-controlled devices* used to optimize a guitar's playability]. He said that his friend Tommy Kaihatu was thinking of buying one, and I told him to have Tommy call me. A couple months later, Tommy flew out from Indonesia to meet me, and we hit it off. While he was in Hawaii, I took him into my shop and he took a stab at building a Shredder. It wasn't on the money, but it was really good. He's passionate about guitars.

When I started the company, it was just me, my wife and my son building guitars, but now I'm at the point where I can't build everything myself. I had to go into production to keep up with the demand and lower the price. Tommy built a 27,000-square-foot factory that has everything you need to build guitars. After I showed him how I make a guitar, he went back to his factory and made me nine guitars to show at NAMM, and they were spot on. I was so impressed with his work that we're working together, and his shop is now the Buddy Blaze Guitars factory.
**GW** It sounds like a rare relationship for this business.
**BLAZE** Tommy is proud of the product he makes, and he wants Indonesian products to have the best possible reputation. He's not competing with China, Korea or Japan; he's competing with me when it comes to quality. We're making guitars with one-piece mahogany bodies, and the mahogany is beautiful. The Shredder is made from premium, kiln-dried mahogany, and the wood is kept in a humidity-controlled stabilization room that's bigger than my shop.

Like me, Tommy is doing this for his son, who is 16 and going to school in Singapore. His business practices are very ethical, and he serves on a board to improve business practices in Indonesia. I've never witnessed a working environment like his, where the workers' religious practices are respected and not questioned. He even has a hotel-like room in the factory where workers who aren't feeling well can rest in a bed and watch TV. He feeds his workers lunch and really cares about them.

Now that my son, who was everything to me, is gone, this company is everything to me. My heart and soul goes into everything we make, whether it's a guitar or a gig bag. This is what I'm going to be doing for quite a while. **GW**

58bdc99a





BB000041



**● RAW POWER**

# Dime Marches On

The ultimate commemoration of a true guitar legend.

**ONE OF THE** many things that attracted rock fans to the wonder of Pantera was the playing of their guitarist, Darrell 'Dimebag' Abbott. Mixing that unmistakably laid-back Texan attitude with a style that, while technical in the extreme, dovetailed into the brutal music perfectly, he was well on his way to becoming one of the ultimate rock guitar heroes before he was murdered, shot and killed while on stage with his post-Pantera band Damageplan on December 8, 2004.

Dimebag's main guitar throughout his career was an instrument he won at a Dallas guitar competition in 1982, a Dean ML that he subsequently dubbed the 'Dean From Hell'. Dean are honouring both the man and that unique guitar with the very limited-edition – just 100 worldwide – USA Dimebag Commemorative ML, using Dimebag's original as a reference to come up with something truly special.

When Dime won the guitar it was maroon in colour, but his long-time friend Buddy Blaze repainted it blue and applied an airbrushed lightning bolt. That iconic finish is recreated by hand on each Commemorative ML, and the spec, which includes Bill Lawrence and DiMarzio pickups, a top-mounted Floyd Rose Original and DBD traction control knobs, is followed to the letter.

The mahogany neck features the classic V-profile that set Dean guitars apart back in the day, while a perfectly finished mahogany body gives the tone a depth that works beautifully with the high-output pickups. Although this guitar sounds monstrous with a high-gain rock tone, it can effortlessly deliver more restrained styles too, including jazz. And, take it from us, it's a dream to play.

The quality of the craftsmanship is impressive to say the least and, at £5,824, this is an American icon, just like the man being commemorated. Play one if you can.

More information at www.deanguitars.com.

*Simon Bradley*

the DIRT

● RAW POWER

# Dime Marches On

The ultimate commemoration of a true guitar legend.

**ONE OF THE** many things that attracted rock fans to the wonder of Pantera was the playing of their guitarist, Darrell 'Dimebag' Abbott. Mixing that unmistakably laid-back Texan attitude with a style that, while technical in the extreme, dovetailed into the brutal music perfectly, he was well on his way to becoming one of the ultimate rock guitar heroes before he was murdered, shot and killed while on stage with his post-Pantera band Damageplan on December 8, 2004.

Dimebag's main guitar throughout his career was an instrument he won at a Dallas guitar competition in 1982, a Dean ML that he subsequently dubbed the 'Dean From Hell'. Dean are honouring both the man and that unique guitar with the very limited-edition – just 100 worldwide – USA Dimebag Commemorative ML, using Dimebag's original as a reference to come up with something truly special.

When Dime won the guitar it was maroon in colour, but his long-time friend Buddy Blaze repainted it blue and applied an airbrushed lightning bolt. That iconic finish is recreated by hand on each Commemorative ML, and the spec, which includes Bill Lawrence and DiMarzio pickups, a top-mounted

Floyd Rose Original and DBD traction control knobs, is followed to the letter.

The mahogany neck features the classic V-profile that set Dean guitars apart back in the day, while a perfectly finished mahogany body gives the tone a depth that works beautifully with the high-output pickups. Although this guitar sounds monstrous with a high-gain rock tone, it can effortlessly deliver more restrained styles too, including jazz. And, take it from us, it's a dream to play.

The quality of the craftsmanship is impressive to say the least and, at £3,824, this is an American icon, just like the man being commemorated. Play one if you can.

More information at www.deanguitars.com.

*Simon Bradley*



## AN XL-SIZE SOUND

Pickups were an integral component of Dimebag Darrell's iconic tone.

American Deans usually featured a pair of either zebra or double-creme DiMarzio Super Distortion humbucker pickups, but Dime (pictured) retrofitted his ML with a Bill Lawrence L-500XL in the bridge position. The latter may not be as familiar a name as some others, but that pickup has graced many a rock record, one being Extreme's 1990 album *Pornografitti*, via guitarist Nuno Bettencourt's Washburn N4.

The unit in the Dean From Hell guitar was made by BL's Jzchak Wajcman. With a DC resistance of 11.2k, it's a high-output pickup that features two thin magnetic rails set in black resin, rather than the more traditional rows of separate pole pieces. When used for rock, it really helps to accentuate the guitar's harmonics, as is evident from Dime's aggressive tone. The L-500XL, as well as other Bill Lawrence pickups, is still available today.

BB000043

# CONTENTS

## VOL. 32/NO. 6 ★ JUNE 2011



**68**
THE DOORS

**TRANSCRIPTIONS** BASS LINES INCLUDED:

114 "One Love/People Get Ready" by BOB MARLEY
116 "Hello, I Love You" by THE DOORS
120 "Painkiller" by JUDAS PRIEST
132 "Sing" by MY CHEMICAL ROMANCE
140 "All I Want" by A DAY TO REMEMBER

## FEATURES

**36. GARY HOLT**
With Slayer guitarist Jeff Hanneman on injured reserve, the veteran Exodus guitarist fills in for his fallen friend.

**40. ASKING ALEXANDRIA**
Meet the British sensation that's shaking metalcore's foundation.

**48. BRIAN MAY**
The Queen guitarist talks about the group's greatest recorded moments.

**COVER STORY**
**54. BOB MARLEY**
On the 30th anniversary of his death, Marley's lead guitarist and friend Junior Marvin pays tribute to his music, life and legacy of peace.

**62. BUDDY BLAZE**
From Dimebag Darrell to Steve Vai, Joe Satriani and Vivian Campbell, the famed guitar maker has been a valued partner to some of the biggest players in the business and is now making guitars under his own name.

**68. THE DOORS**
How they pulled themselves together and delivered what would be their final album with Jim Morrison, the 1971 classic *L.A. Woman.*

**76. THE MAJESTIC SILVER STRINGS**
Four modern guitar virtuosos—Buddy Miller, Marc Ribot, Greg Leisz and Bill Frisell—pool their talents together to create a star-studded album of country music classics.

## DEPARTMENTS

**18. SOUNDING BOARD**
Letters and Defenders of the Faith

**21. TUNE-UPS**
Five Finger Death Punch, Inquirer with Thin Lizzy's Scott Gorham, Dear Guitar Hero with Porcupine Tree's Steven Wilson, Set List with Slash and more!
**28. Betcha Can't Play This**
with AC Alexander

**84. SOUNDCHECK**
Epiphone 1966 Wilshire Tremotone and Les Paul Plus Top PRO/FX, Peavey Butcher head, DigiTech HardWire TR-7 Tremolo/Rotary effect pedal, and Richmond Belmont Bigsby
**90. Audio File**
Zoom R24 digital multitrack recorder
**92. Buzz Bin**
R&M PowerWire Cable

**94. The Hole Truth**
Cort EVL A6 BKS acoustic
**96. Bass Desires**
MTD Kingston Series basses

**162. VULGAR DISPLAY**
Animals as Leaders guitarist Tosin Abasi

**COLUMNS**
**98. The Djent Set**
by Periphery's Misha Mansoor
**100. Metal for Life**
by "Metal" Mike Chlasciak
**102. Chop Shop**
by John 5
**104. Talkin' Blues**
by Keith Wyatt
**106. Hole Notes**
by Dale Turner
**108. In Deep**
by Andy Aledort

BIBB0098

# ATURES

## 62. BUDDY BLAZE

From Dimebag Darrell to Steve Vai, Joe Satriani and Vivian Campbell, the famed guitar maker has been a valued partner to some of the biggest players in the business and is now making guitars under his own name.

## 68. THE DOORS

How they pulled themselves together

BIBB0099



# THE BUDDY SYSTEM

From Dimebag Darrell to Steve Vai, Joe Satriani and Vivian Campbell, guitar maker **BUDDY BLAZE** has been a valued partner to some of the biggest players in the business. The legendary luthier talks about his innovative mods and designs, from the Dean from Hell to his latest and greatest models.

### BY CHRIS GILL

**B**uddy Blaze is probably best known to *Guitar World* readers as the guy who transformed the maroon Dean ML that Dimebag Darrell won in a guitar contest into the battle ax that Dime named the "Dean from Hell." Blaze has made several other significant contributions to guitar history, including his design of the Kramer Nightswan, which he developed with Vivian Campbell, and the recent Dean/Buddy Blaze ML guitar. After leaving his job as director of artist relations for Kramer in the late Eighties, Blaze spent years on the road as one of the most highly regarded guitar techs in the touring business, working with artists like Steve Vai, Joe Satriani, Stu Hamm, Larry Carlton, Tom Scholz, Trent Reznor and many others.

Over the past few years, Blaze has returned to the business of designing and building his own guitars. Buddy Blaze Guitars currently offers six different models, includ-

PAGE 63 · GUITAR WORLD

BIBB0100



# THE BUDDY SYSTEM

From Dimebag Darrell to Steve Vai, Joe Satriani and Vivian Campbell, guitar maker **BUDDY BLAZE** has been a valued partner to some of the biggest players in the business. The legendary luthier talks about his innovative mods and designs, from the Dean from Hell to his latest and greatest models.

### BY CHRIS GILL



uddy Blaze is probably best known to *Guitar World* readers as the guy who transformed the maroon Dean ML that Dimebag Darrell won in a guitar contest into the battle ax that Dime named the "Dean from Hell." Blaze has made several other significant contributions to guitar history, including his design of the Kramer Nightswan, which he developed with Vivian Campbell, and the recent Dean/Buddy Blaze ML guitar. After leaving his job as director of artist relations for Kramer in the late Eighties, Blaze spent years on the road as one of the most highly regarded guitar techs in the touring business, working with artists like Steve Vai, Joe Satriani, Stu Hamm, Larry Carlton, Tom Scholz, Trent Reznor and many others.

Over the past few years, Blaze has returned to the business of designing and building his own guitars. Buddy Blaze Guitars currently offers six different models, includ

BIBB0101



BIBB0109



## TUNING UP

## Got Tone?

I've been known to say that the best way to describe Premier Guitar is to take a look at the last 12 front covers of our magazine. We tend to cover a lot a ground from month to month and collectively those images say an awful lot about who we are. If there were ever a single image that achieves the same thing, it would be this month's cover depicting a single tone knob. Don't worry about the make and model of the guitar that the tone knob is from—that doesn't matter. The idea is that there's this mysterious thing called "tone." We love it. We want it. We'll do anything to get it, but we're very picky about it. An actual tone knob is just a small part of what we're after (sometimes)—the actual tone we want is in our ears but we're told it's really in our fingers. We also tend to believe it's in some well-crafted piece of gear that we haven't bought yet. Ultimately, it's in our heads.

Think about it. We are not born knowing what A440, timbre, EL84s, PAFs and Freddie King vibrato are, or any of the other myriad elements that can shape a guitar sound, but we eventually settle on a few distinct tones that basically everyone agrees are better than all the other tones out there. Why is that? That's a tough question to answer but we're giving it a shot, beginning with our first installment of a three-part series that explores the raw elements of tone.

Our interviews this month are with two veterans who have golden tone to spare—Joe Perry and Jim Campilongo. Perry has been engraving his sound into your head for decades now as few A-list players are able to, constantly coming up

with riffs that are as rockin' as they are hooky. They simply stand the test of time. Campilongo might be a new name to many of you and that's why we wanted to feature him. What he does with a Telecaster is just… well, read our interview, listen to his music and then write us to let us know what you think.

Pantera fans are in for a treat this month as we reveal some secrets from the original master tapes of "Walk." We also review two guitars by Buddy Blaze, the legendary luthier who modded and painted the Dean ML that would become Dimebag Darrell's most celebrated axe. We check out his collaboration with Dean as well as a K2 Model 2 from his shop in Hawaii. Other reviews this month include the single-channel Quidley 22 amp, Skinpimp's tribute to the Vox Tonebender, the spring reverb-equipped PRS 30 amp, the Music Man by Sterling AX40, a retro-cool Kay bass, and the mighty-but-small Electro-Harmonix 22 Caliber Power Amp that can actually fit into you*r pocket. We also test-drive the Morpheus DropTune pedal that everyone has been talking about, Stellartone's 16-position Micro Pedal, and the ergonomic Badaple Hydra True Bypass Pedalboard.

Many of you will notice that we're delaying the first full appearance of a new feature called "Go Ahead and Ask," which was announced last month. The interview series puts you in the driver's seat with a different gear manufacturer or artist each month. We've decided to give your first interviewee, Henry Juszkiewicz of Gibson Guitars, a little more time to respond to

your questions. If you haven't submitted your questions yet, you can do so at premierguitar.com/goaheadandask. We'll be picking out and giving Mr. Juszkiewicz the opportunity to answer them in our magazine.

Making its first appearance in this issue is our "Noodling" activity page that is designed to help you waste even more time on the toilet or in the office. Think you know your stuff? We're willing to bet that our activity page will stump you.

Also in this issue: don't miss our Partial-Capo Roundup and Rich Tozzoli's Strat soul infusion. There simply comes a time when a standard capo or a pretty good Strat could use a little tweaking, ya know? Every issue of Premier Guitar is proof that, ultimately, we enjoy doing whatever it takes to get one step closer to those heavenly tones.

Oh, and by the way, the tone knob on the cover? Maybe the make and model of the guitar do matter. It's from a Fender Custom Shop Eric Clapton "Blackie" Strat. Jus' sayin'.

Cheers,

*[signature]*

Joe Coffey
joe@premierguitar.com

BIBB0110

Pantera fans are in for a treat this month as we reveal some secrets from the original master tapes of "Walk." We also review two guitars by Buddy Blaze, the legendary luthier who modded and painted the Dean ML that would become Dimebag Darrell's most celebrated axe. We check out his collaboration with Dean as well as a K2 Model 2 from his shop in Hawaii. Other reviews this month include the single-channel Quidley 22 amp, Skinpimp's tribute to the Vox

BIBB0111

# Exhibit D

----- Original Message -----
**From:** Elliott Rubinson
**To:** Buddy Blaze
**Cc:** Dean Zelinsky
**Sent:** Monday, April 30, 2007 10:06 AM

Hi Buddy

Hope you are doing well and business is good. I bet the weather there is amazing.

I have taken some time and spoken to several "people in the know" and the concensus concerning Dime's graphic is that Dime's estate is the legal owner of it. With that said, I still would like to work with you on a Dime project because I am not about making enemies but keeping friends.

Rita and I have plans to do a relic Dean From Hell and would like you involved for a royalty. Is that of interest?

Elliott


Elliott Rubinson
CEO Armadillo Enterprises

**BB000036**

# Exhibit E



# USA DIME ML RUST FROM HELL LIMITED RUN 100 PC

MSRP: $5443.80
PRICE: $3699.00 ✓

**ADD TO CART**



✓ FREE SHIPPING (limited time, US only - lower 48)

Contact your local USA Dean Dealer or deanusa@deanguitars.com for pricing and ordering.

| | | | |
|---|---|---|---|
| Item ID | USA ML DIME RFH | Hardware Color | Black Trem / Nickel Tuners |
| Top | Mahogany | Bridge | Floyd Rose Original |
| Body | Mahogany | Pickup (Neck) | USA DMT DimeTime |
| Neck | Mahogany | Pickup (Bridge) | Bill Lawrence L500XL |
| Scale Length | 24 3/4" | Binding | None |
| Neck Type | Set | Finish | Gloss |
| Neck Profile | V | Color | Air Brushed Rust From Hell |
| Fingerboard | Rosewood | Case Options | Deluxe Hard Case Included |
| Inlays | Pearl Dot | | |
| # of Frets | 22 | | |
| Knobs | DBD Traction | | |

Strings: Dimebag Darrell Signature Hi-Voltage strings by DR Strings

Due to Dean's commitment to ongoing research and development, product specifications are subject to change without notice. In some instance, the product pictured here might vary slightly from our products in the marketplace.

## SEE ALSO...

BB000031

# Exhibit F



# Exhibit G



Product Page: http://www.deanguitars.com/dean_winter_09/ML_Buddy_Blaze.htm

Embed this video: `<object width="425" height="344"><param name="`

YouTube URL: http://www.youtube.com/watch?v=0H1IYXZYXGA

BIBB0129





Product Page: http://www.deanguitars.com/dean_winter_09/ML_Buddy_Blaze.htm

Embed this video: <object width="425" height="344"><param name="

YouTube URL: http://www.youtube.com/watch?v=WRAQNf4ddvk

BIBB0130

# Index of /demand

- Parent Directory
- amott2.php
- amotthcs.php
- amottnamm09.php
- amottqa.php
- anamm09.gif
- arapp.gif
- armv.gif
- arqa.gif
- arspot.gif
- artists.php
- artists1.gif
- artists2.gif
- atkins.php
- batio480.php
- bationamm09.php
- bbolt.php
- bigrichdeangirls.php
- blackfoot.php
- buddy09.php
- buddyML09.php
- c380f.php
- chuckgoff.php
- collectivesoulqa.php
- dc6f.php
- deancs.php
- deanondemand1.jpg
- deantv.php
- deantv2.php
- deantv_blackfoot.php
- deantv_ericqa.php
- deantv_gwarqa.php
- dem4rb.php
- dimeamp09.php
- dimebonics.php
- dimetimeGW.php
- dmnamm09.php
- dmtpickups.gif
- dmtpickups09.php
- dolphinericp.php
- dshank1.php
- dyingbreed.php
- e10apj.php
- e4pj.php
- epaduk.php
- epv.php
- epv_gw.php
- epvjune09.php
- erhc.php
- ericbassqa.php
- ericp09.php
- ericqa.php
- ericsd09.php
- ermsg09.php
- espalt.php
- evdhq.gif

BB000051

Case 8:17-cv-01795-WFJ-CPT    Document 195    Filed 10/02/18    Page 41 of 70 PageID 2078

- events.php
- events1.gif
- events2.gif
- evild09.php
- evmisc09.gif
- exittheride.php
- ezebra.php
- fonz.php
- goffqa.php
- gwar.php
- gwar_letusslay.php
- gwarqa.php
- himsa.php
- lws.php
- mab2.php
- mab2010.php
- mab3.php
- mablazer.php
- mastyrantxcbk.php
- maylene.php
- megadethheadcrusher.php
- megadethmonde.php
- megadethneverwalkalone.php
- messe09.php
- mlatf3000.php
- mlbb.php
- mscf.php
- mustainemako2010.php
- mustainezero.jpg
- mustainezero.php
- outworld.php
- overkill.php
- prac.gif
- pramp.gif
- prbass.gif
- prelec.gif
- products.php
- products1.gif
- products2.gif
- rc7g.php
- revtutorial.flv
- revtutorial.php
- revwayne09.php
- rikV.php
- rusty5.php
- rusty6.php
- rustyGW.php
- rzrcg.php
- rzrdbfloyd.php
- rzrslimebolt.php
- rzrvblades.php
- sbroV.php
- schenker09.php
- schenkerqa09.php
- slstnsc.php
- slstntb.php
- spltf.php
- stf.php
- swf/

BB000052

- [testify.php](testify.php)
- [thcnoshame.php](thcnoshame.php)
- [tn/](tn/)
- [tomqa.php](tomqa.php)
- [trendkill.php](trendkill.php)
- [tutorials.php](tutorials.php)
- [tutorials1.gif](tutorials1.gif)
- [tutorials2.gif](tutorials2.gif)
- [tyrantbloodstorm.php](tyrantbloodstorm.php)
- [vid-content.xml](vid-content.xml)
- [vid/](vid/)
- [vin2k.php](vin2k.php)
- [vinman_tbk.php](vinman_tbk.php)
- [vinnie480.php](vinnie480.php)
- [vmntrip.php](vmntrip.php)
- [vmntua.php](vmntua.php)
- [vmntusa.php](vmntusa.php)
- [vn4fsc.php](vn4fsc.php)
- [vn4tb.php](vn4tb.php)
- [vnres.php](vnres.php)
- [woodshop.php](woodshop.php)
- [woodstock.php](woodstock.php)
- [zeromsl.php](zeromsl.php)

*Apache/2.4.7 (Unix) OpenSSL/1.0.1e-fips mod_auth_passthrough/2.1 mod_bwlimited/1.4 Server at www.deanguitars.com Port 80*

BB000053

# Exhibit H



Reverb LP: Your Marketplace to Buy & Sell Records                    EXPLORE NOW



Shop for used & new music gear...

**Browse By Category**    Reverb News    Price Guide

Reverb Gives    Artists    Shops    **Reverb LP**    **Need Help?**

**Sell**    My Feed    Cart    Sign Up    Log In

# Welcome to Reverb

We're the world's largest marketplace for buying and selling new, used, and vintage music gear. Sign up and start exploring!

Sign Up    Already have an account? Log In

    **Sorry, this listing has ended.**

# Legendary Very Rare kramer nightswan lightning 1989 dark blue with lightning storm paint job

By Kramer    Listed 3 months ago by evolution music gear    Condition: Very Good    2939 Views

Ended!

**$10,000** + $150 Shipping

**This listing has ended.**

☆ Watch

evolution music gear

★★★★★ 6 Ratings

📍 wichita, KS, United States

Joined: Jul 2017

SELLER ACHIEVEMENTS

💬 Message Seller    Add to My Feed

Reverb Recommends

**BB000404**



        

**Description**    Shop Policies

Listed here is a rare Kramer nightswan lightning signature Vivian Cambell model guitar made by The famous Buddy Blaze
who also made Dimebag Darrells from pantera and damage plan Dean from hell with the lightning storm .Buddy Blaze sells anniversary version for $4,000 TO $5,000 through blaze guitars.The guitar has a primer crack on the lighting paint job and one worn in small mark on the fretboard below the low string around the 5th fret .Floyd Rose has some of the black powder coat worn off on E ,A, and D strings. Included is the original kramer leather hard shell case I will list stock photos for now. I have put up stock photos to see if their is interest in buying it .I really would hate to part with this legendary guitar as it was my first real pro guitar but if the price was right I would consider selling it .

Make an offer for this legendary guitar !!!!!!

The Kramer Nightswan - aka The Buddy Blaze "Shredder"

Read more...

### This item is sold As-Described

This item is sold As-Described and cannot be returned unless it arrives in a condition different from how it was described or photographed.

### Product Specs

| | |
|---|---|
| **Condition:** | Very Good (Used) |
| **Brand:** | Kramer |
| **Model:** | nightswan lightning |
| **Finish:** | Dark Blue with Lightning Storm Paint Job |
| **Categories:** | Solid Body |
| **Year:** | 1989 |
| **Made In:** | United States |

Genuine Fender FatFinger for Guitar,...
**$15.89**
Add to Cart


Gator GBE-ELECT Economy Gig Bag for...
**$24.99**
Add to Cart


Levy's EM7P Electric Guitar Gigbag Black...
**$27.99**
Add to Cart


Gator Deluxe Wood Case for Electric Guita...
**$99.99**
Add to Cart

**Shop Kramer**



**gives**
*Making the World More Musical*

BB000405

▶ Video

Sell one like this

f  🐦  G+  📌  ✉  🔗 Copy URL



## EXPLORE

News
Price Guide
Video Gallery
Handpicked Collections
Gift Cards
Reverb Merch
Browse by City
Browse by Country
Browse by Brand
Popular Products
Reverb LP

## HELP

Help Center
Contact Support
Reverb Protection

## ABOUT

About Reverb
Careers
Press
Sell Your Gear
Newsletter Signup
Reverb Gives

## SELL ON REVERB

Seller Hub
Reverb Payments FAQs
Preferred Seller Program
Reverb Bump
Shipping Guide
Reverb Sites

## TOOLS & API

Mobile Apps
Integrations & API
Affiliate Program
Reverb App Store

🌐 Continental U.S.  |  📖 English  |  $ USD



*A portion of each sale goes to making the world more musical.*

Learn More ›

    

 

© 2018 Reverb, LLC    Terms & Policies    Privacy Policy

BB000406



Reverb LP: Your Marketplace to Buy & Sell Records　　　　EXPLORE NOW



Shop for used & new music gear...

**Browse By Category**　Reverb News　Price Guide

Reverb Gives　Artists　Shops　**Reverb LP**　Need Help?

Sell

My Feed　Cart　Sign Up　Log In

## Welcome to Reverb

We're the world's largest marketplace for buying and selling new, used, and vintage music gear. Sign up and start exploring!

Sign Up　Already have an account? Log In



# Sorry, this listing is no longer available.

## See Similar Electric Guitars



**1988 Paul Reed Smith "Standard 24" Electric Guitar w. Original Hard Case**

$2,499　　Very Good



**Paul Reed Smith Custom 24 Electric Guitar 1987 Maple top, mahogany body and neck, Brazilian Rosewood**

$6,500　　Mint



**Paul Reed Smith First Year Artist Series #84 Electric Guitar w/OHSC 1991 Dark Cherry Sunburst**

$4,499.95　　Very Good

# Kramer Nightswan electric guitar with hard shell case 1988 Burgundy

By Kramer　　Listed 13 days ago by Rob's island guitars　　Condition: Very Good　　884 Views



Sold!

**$4,899** + $199 Shipping

**This listing sold on 9/18/2018**

**BB000407**







☆ Watch

### Rob's island guitars

★★★★★ 2,000 Ratings

📍 B, FL, United States
🕐 Joined: Oct 2013

SELLER ACHIEVEMENTS

💬 Message Seller     Add to My Feed

### Reverb Recommends



Reverb 10-foot 1/4" Guitar Cable - Orange
**$7**
Add to Cart



Mahogany Stiff Guitar Pick - 1 Pack
**$4.99**
Add to Cart



Levy's EM7P Electric Guitar Gigbag Black...
**$27.99**
Add to Cart



Gator Deluxe Wood Case for Electric Guita...
**$99.99**
Add to Cart

**Description**     Shop Policies

vintage 1988 kramer Nightswan is in  very good shape. Rare color. It Has some scratches and dings.there is some light fret wear. Awesome playing guitar.awesome fast guitar neck. rare piece you don't see these often. Sounds great. The bridge pickup is not original.  Comes with original Kramer case and tremelo bar.

### This item is sold As-Described

This item is sold As-Described and cannot be returned unless it arrives in a condition different from how it was described or photographed.

### Product Specs

| | |
|---|---|
| **Condition:** | Very Good (Used) |
| **Brand:** | Kramer |
| **Model:** | Nightswan electric guitar with hard shell case |
| **Finish:** | Burgundy |
| **Categories:** | Solid Body |
| **Year:** | 1988 |

Shop Kramer



gives

*Making the World More Musical*

**BB000408**



Sell one like this

       Copy URL

# Reverb

🌐 Continental U.S.  |  🔤 English  |  $ USD

## gives

*A portion of each sale goes to making the world more musical.*

Learn More ›

## EXPLORE

News
Price Guide
Video Gallery
Handpicked Collections
Gift Cards
Reverb Merch
Browse by City
Browse by Country
Browse by Brand
Popular Products
Reverb LP

## HELP

Help Center
Contact Support
Reverb Protection

## ABOUT

About Reverb
Careers
Press
Sell Your Gear
Newsletter Signup
Reverb Gives

## SELL ON REVERB

Seller Hub
Reverb Payments FAQs
Preferred Seller Program
Reverb Bump
Shipping Guide
Reverb Sites

## TOOLS & API

Mobile Apps
Integrations & API
Affiliate Program
Reverb App Store

© 2018 Reverb, LLC    Terms & Policies    Privacy Policy

🍎 Download on the App Store    ▶ GET IT ON Google Play

# Exhibit I



**jjm888** @mastersofshred

33w   Reply



**neil_o_conner** Always loved Darrell man and yea ik tht buddy was the only reason we guys got the blue lighting bolt guitar. Tht was the ever awesome guitar made in the while world even now I'm searching the blue lightning bolt aslo known as the Dean from hell man I want tht guitar real bad if anyone know where I could find a new one plz let me know .  love u buddy blaze and R.I.P darrell

30w   Reply



**neil_o_conner** Buddy blaze thank tou for giving us the great blue lightning bolt guitar i don't have one but still. Thank you so much . love u .

30w   Reply

Add a comment...

 **buddyblazeguitars** @neil_o_conner Call us and get a real Buddy Blaze guitar instead of an unauthorized knock off from Dean... I never got a "Dime" from them!

3w    Reply







# BLACK TOOTH GRIN

## THE HIGH LIFE, GOOD TIMES, AND TRAGIC END OF "DIMEBAG" DARRELL ABBOTT

### Zac Crain

BB000365

# BLACK TOOTH GRIN

## THE HIGH LIFE, GOOD TIMES, AND TRAGIC END OF
## "DIMEBAG" DARRELL ABBOTT

### Zac Crain



Da Capo Press
A Member of the Perseus Books Group

BB000366

life. By all accounts, she was the kind of mother that usually exists only on very special episodes of *Oprah;* Carolyn didn't care what her boys did as long as it made them happy. That's what made *her* happy. That's probably why they kept living with her long after they could afford houses of their own. In fact, they kept living with her when they could have bought a few houses of their own. They were mama's boys, and proud of it.

"Every time Darrell came home from a tour, he paid his mom's credit cards off," says Kitty Webster with a laugh. She worked with Carolyn until 1990, and her sons, Buddy and Ken, were friends with Darrell and Vince. "Because she liked to shop and buy jewelry and stuff. He always came home and cleaned up her credit cards."

"She was fantastic," says Buddy Webster, known in the music industry as Buddy Blaze.

> She was a foreman in a factory and worked a normal eight-to-five job, or whatever you

58000867

old man (sharing his business savvy and studio acumen), while Darrell was obviously his mother's son (inheriting her warm manner and enthusiasm for life)—but they both lived with their mother well after they had the means to do otherwise. They were in the same band, but Darrell cared most about playing his guitar, playing the shows, and having a good time before and after; Vince, on the other hand, was more interested in the production side, as well as the business. Darrell was the best friend of everyone he ever met; Vince was more guarded, and more selective when choosing his confidants. They looked a lot alike, even though, for most of their time together, Darrell was skinnier than a guitar neck and Vince was thick like a kick drum. They were both naturally talented, but Darrell seemed to have more direct access to his genetic gift. They played different instruments, but that only helped them strive to reach their shared goal: being Van Halen. In other words, they were exactly the same and completely different.

BB000368

So, too, were Buddy and Ken Webster—the former rechristened (by himself) as Buddy Blaze; the latter dubbed (by Darrell) Pyro. They were both gifted when it came to working with tools and technical matters; Buddy used his skills to build and customize guitars, while Ken was a whiz at rigging stage explosions, as well as skilled with lighting and sound equipment. Buddy was always in bands; Ken was a clean-cut member of the U.S. Air Force. They don't sound much alike, but both do a note-perfect imitation of Darrell—it's actually the same impression, down to the last inflection. Buddy never left the music business; Ken got out early and never went back.

In the early days of Pantera, each pair of brothers found their opposite number in the other set. Darrell gravitated toward Buddy because of their mutual love of guitars. Vince saw in Ken someone who could help Pantera be an arena band even while the group was still working the club circuit. For a time,

BB000369

Websters', even though history, such that it is, acknowledges only one side of the partnership of two sets of brothers, close in different ways, bound not only by blood, but by sweat and tears, surely, and beers, definitely. Their mothers were best friends, double dating, working together at Oil States (manufacturing parts for oil and gas drilling and production), sharing tables at gigs. Together, they were the "Pantera mamas," as Buddy and Ken's mother, Kitty Webster, remembers, and that cements them together forever.

"The thing is, Carolyn and Darrell were like family to us," Buddy Blaze says. "We loved the shit out of them. And we *liked* Vince." He laughs.

> We would do holidays together. They would play my birthday parties. I had two birthday parties at my house that Pantera played in my living room. That was when Terry was still in the band. And sure enough, food fights and all

BB000370

kinds of other shit would commence. It was a lot of fun. My mom and dad hung out with Carolyn and her boyfriend. They went out drinking all the time. Carolyn, my mom, and my wife and I went out to see Pantera more times than I can ever remember. We would do Christmas and Thanksgiving at each other's houses. Shit like that. We did a lot together. We were very, very close.

The friendship between the two women faded over time, as circumstance inevitably built one barrier, then another. But the ghost of it remains, and always will. Those times are trapped in amber—or, as the case may be, amber-colored liquid. The relationship between the sets of brothers fared better, even though those same barriers existed. The difference is, the mothers were involved in the war—and taking a band from nowhere clubs to arenas is a kind of military campaign, a metaphor that rings even truer when the band in question is named

with such a destructive arsenal. But the two sets of brothers were on the front lines. Even though they all eventually left the foxhole, the bond formed was indelible, unshakable, unknowable by everyone except those that were there. That's why, though Buddy and Ken hadn't seen Darrell for several years before his murder, it was as though they lost a brother just the same. That's why, though Ken hadn't been around him on a daily basis for almost two decades, he could do an impression of Darrell that conjures his voice precisely.

"You know, they almost grew up together, you can almost say, before they became men," Kitty says.

In each case, the Websters' introduction to Darrell doesn't have the makings of history, even the history of a heavy metal band—or, at least, it doesn't seem to initially. But in the telling, there is the jolt of possibility, as the future unfolds like scenes from a movie. They flocked to the brothers and their

THOUGH HIS brother was already working with Pantera, and his mom worked with Carolyn Abbott, Buddy Blaze resisted early invites to check out the band. Mainly because those invites were coming from the mother of two of the band members. He tended to see things like that as red flags.

"I looked at Darrell as just some young kid," Blaze says.

> Another one of those kids, you know, that Mom says, "My kid plays guitar," and you go, "Oh, Christ." And then you go see this kid, and you go, "Wait a minute. No, this guy really does play." He was amazing. The second time I saw him—because the first time, you know, they were doing a twenty-, thirty-minute set opening up for a band called Savvy. The second time I saw them was at Aragon, where they were doing, like, three sets, so they threw in some of their own stuff, and Darrell put a solo in the middle of it. That changed everything. That's

when I could see that this kid really had something. Darrell and

I hit it off right away. After that, you know, he'd be calling me up and saying, "Man, we're playing the Aragon Danceland. We need some people to come out. Y'all gonna come out?" You have to remember, this is a ninety-pound fifteen-year-old kid at that time. I mean, the guitar dwarfed him.

Blaze could see right away that Darrell's talent dwarfed everyone else's. "The kid when he was fifteen, sixteen years old had a better feel of the groove and blues than guys that had been playing for 30 years," he says.

He had the tone—and he was playing through crap gear. That's one of the things that made me laugh. He'd put a Marshall stack behind him—he was using one of the 412s—but he had, like, this solid-state Yamaha amp pushing it, one of his dad's studio amps. Like a totally

BB000374

*amazing* playing through crap. When he got the Randall—a lot of people bag him about the Randalls—but, God, did you hear him? He just took a stock Randall and kicked your ass with it. He was amazing. The kid had the goods. He was so ridiculously good that it didn't make you want to quit, because he was so good that you knew no other human was going to catch him. So all I had to do was be better than the other 99 percent. I've done stuff with the biggest guys in the world. But I've never, to this day, seen anybody better, especially at his age. What he was doing as a teenager was insane.

Blaze was already in his early twenties when they met, so he quickly developed a big-brother relationship with the fifteen-year-old Darrell, a much different dynamic than the one shared by Darrell and Pyro. "Darrell and I were friends and I loaned him gear and drove him to gigs," Blaze says. "But I

rell much about playing guitar that Darrell didn't already know, but Blaze did have plenty of other guitar-related nuggets of wisdom that he could impart. How was taken care of, so they worked on the who, what, where, when, and why. It was the start of a conversation that would continue for the next twenty years.

Blaze had been trying to make a name for himself by playing guitars; *building* guitars was where his true talent lay. "I got kind of famous as a guitar builder more by default and by accident," Blaze says, "because I never really could buy a guitar that pleased me. As I would see a guitar, I would build one and buy another one. I was kind of accumulating guitars. People would play the ones that I built and lose their minds." The guys in Lee Greenwood's band started playing Blaze's guitars, as did Vivian Campbell (who played with Dio, Whitesnake, and Def Leppard) and others. His skills eventually be-

BB000376

came so in demand, he left Arlington to work for Kramer Guitars in 1987.

His relationship with Darrell was far from over. They didn't live in the same city anymore, but Darrell would need Buddy more than ever in the next few years—as a friend, and as someone in the guitar business.

"I got Darrell his first national interview with a guitar magazine," Blaze says.

> I arranged for the guy from *Guitar World* to come out and see Darrell. When I was head of the biggest guitar company, basically, in America, which was Kramer at the time, we'd have meetings about what artists are we going to go after, you know, that we don't already have (and we had most). I just said the best guy out there—and this was before anybody knew who Darrell was—I said the best guy out there is this teenage, snot-nose kid in Arlington, Texas. He was Diamond Darrell Lance at the time. I said

BB000377

Halen. And I said, there isn't one guy we got that, in the long run, is going to be what this kid could be, but he plays Dean MLs and I don't see us making copies of those guitars. And Darrell would insist that we basically made copies of those guitars. So then you start thinking about, "Next!"

I was dealing with some pretty huge acts. In my heart, and especially when I got out and was really in the center—because I had everybody and their dog sending me tapes and things like that; everybody wanted an endorsement and all that—nothing came close.

BB000378

# Exhibit J

# Exhibit K

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-317-232

**Effective Date of Registration:**
March 05, 2018

## Supplementary Registration

**Supplement To**:   VA0002021979, 2016

## Title _____

**Title of Work:**   Lightning Storm Guitar Design

## Completion/Publication _____

**Year of Completion:**   1986

## Author _____

- **Author:**   Buddy Webster
  **Pseudonym:**   Buddy Blaze
  **Author Created:**   2-D artwork
  **Work made for hire:**   No
  **Citizen of:**   United States
  **Pseudonymous:**   Yes

## Copyright Claimant _____

**Copyright Claimant:**   Buddy Webster
P.O. Box 535892, Grand Prarie, TX, 75053, United States

## Rights and Permissions _____

**Name:**   Joyce Webster
**Email:**   joyce@buddyblaze.com
**Address:**   P.O. Box 535892
Grand Prarie, TX 75053 United States

## Certification _____

Page 1 of 2

**Name:** Eric Bjorgum, Authorized agent of Buddy Blaze
**Date:** March 05, 2018
**Applicant's Tracking Number:** Buddy Blaze

**Explanation of Corrections:** Publication status changed to "Unpublished."  Upon further research, work was never actually published.