**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BUDDY WEBSTER p/k/a BUDDY
BLAZE,

   Plaintiff,

v.

DEAN GUITARS; ARMADILLO
ENTERPRISES, INC.; ARMADILLO
DISTRIBUTION ENTERPRISES, INC.;
ESTATE OF DIMEBAG DARRELL
ABBOTT, an unknown entity; GUITAR
CENTER, INC., a Delaware corporation;
RITA HANEY an individual; EMOJI
FAME, a New York business entity of
unknown form; and DOES 1-10 inclusive,

   Defendants.

_____/

CASE NO. 8:17-cv-1795-WFJ-CPT

JURY TRIAL DEMANDED

**CORRECTED DECLARATION OF ERIC BJORGUM IN SUPPORT OF**
**PLAINTIFF BUDDY WEBSTER'S (P/K/A BUDDY BLAZE) RESPONSE TO**
**DEFENDANT RITA HANEY'S MOTION FOR SUMMARY JUDGEMENT[1]**

---

[1] This Corrected Declaration is being filed without objection after consultation with
Counsel for Movant Rita Haney.  It provides exhibits that were identified but
inadvertently omitted from the original filing, and it corrects a technical problem with the
PDF digital file printing that made certain information unreadable after it was uploaded
to the Court's website.

I, Eric Bjorgum, declare as follows:

1.      I am counsel for Plaintiff Buddy Webster in this action.  I am submitting this Corrected Declaration in Support of Plaintiff's Response to Defendant Rita Haney's Motion for Summary Judgment.  All facts contained herein are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of an article from a *Guitar World* article by Chris Gill of Rita Haney and Dimebag Darrell Abbott, in which Haney is identified as "the Executor" of the Estate of Darrell Abbott.

3.      Attached hereto as Exhibit B is a true and correct copy of the Declaration of Kimberly Davis in Support of Defendants' Motion to Transfer Venue, Dkt. No. 16-2.

4.      Attached hereto as Exhibit C is a true and correct copy of the Declaration of Kris Beecher P/K/A Kris Cremain in Support of Plaintiff's Opposition to Defendants' Motion to Transfer, Dkt. No. 22.

5.      Attached hereto as Exhibit D is a true and correct copy of Rita Haney's Objections and Responses to Buddy Webster's First Set of Interrogatories.  This

document is filed under seal.

6.      Attached hereto as Exhibit E is a true and correct copy of excerpts from the May 10, 2018 deposition of Michael William Trujillo.  This document is filed under seal.

7.      Attached hereto as Exhibit F is a true and correct copy of excerpts from the June 22, 2018 deposition of Rita Haney.  This document is filed under seal.

8.      Attached as Exhibit G is a true and correct copy of sales figures from Armadillo.  Those are under seal.

9.      Filed herewith [lodged separately] as Exhibit H is a true and correct copy of a video of Ms. Haney at NAMM signing the guitar while Mr. Webster is in the background.

10.     Filed herewith as Exhibit I [lodged separately] is a true and correct copy of a video of Ms. Haney promoting a "shredder" contest for Dean Guitars.

11.     Filed herewith as Exhibit J is a true and correct copy [lodged separately] of a video from "Monkey Rocks" where Ms. Haney discusses her merchandising work with "Dimebag Hardware."

12.     Filed herewith was Exhibit K is a true and correct copy of a documents from the Arizona Secretary of State showing Haney listed as the contact for the Estate of Darrell Abbott.

13.     Filed herewith as Exhibit L is a true and correct copy of documents from the trademark office showing Haney signing a trademark application related to Abbott.

14.     Attached hereto as Exhibit M is a true and correct copy of deposition

pages from the deposition of Kim Davis.  This document is filed under seal.

15.     Attached hereto as Exhibit N is a true and correct copy of the email from Haney to Davis telling Davis to resign the Dean Guitars contract.

16.     Attached hereto as Exhibit O is a true and correct copy of advertisements regarding the various guitars that have been made using this image.  There is (i) the 2005 "limited" reissue; (ii) the unlimited, low priced Cowboy From Hell; (iii) the "Rust From Hell" with a worn graphic to make it look like a relic; (iv) the "limited" exact copy of the DFH; and (v) the "Black Bolt.'

17.     Attached hereto as Exhibit P is a true and correct copy of the "Dimebag Hardware" shop  web page operated by Ms. Haney for a time.

18.     Attached hereto as Exhibit Q is a true and correct copy of  the drawing of Darrell Abbott claiming that the DFH is "limited."

19.     Attached hereto as Exhibit R is a true and correct copy of  the drawing of the email showing Haney is one of the "people in the know."

20.     Attached hereto as Exhibit S are the texts from Dean Zelinsky and Haney offering to sell more guitars.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Pasadena, California, September 28, 2018.

_____

Eric Bjorgum

# Exhibit A



# GUITAR WORLD

**5 SONGS**
WITH BASS LINES

**SMASHING PUMPKINS**
"CHERUB ROCK"

**NIRVANA**
"THE MAN WHO SOLD THE WORLD"

**PANTERA**
"FLOODS"

**SEETHER**
"FAKE IT"

**THE CHARLIE DANIELS BAND**
"THE DEVIL WENT DOWN TO GEORGIA"

*Plus*
**TESTAMENT**
**HELLYEAH**
**DISTURBED**
**VINNIE PAUL**
**BARONESS**

**BULLET FOR MY VALENTINE**
INTERVIEWS THE LEGENDARY
**TONY IOMMI**

**SLASH & SIXX**
THE ULTIMATE ROCK & ROLL ROUNDTABLE

*The*
**GUITAR WORLD GUIDE TO**
**RECORDING YOUR GUITAR**

$7.99US

**READER'S POLL**
*Special Issue*

2008
HALL OF FAME WINNER

## DIMEBAG

**THE UNTOLD STORY!**
FROM HIS HUMBLE BEGINNINGS
TO PANTERA'S BREAKUP
AND HIS TRAGIC FINAL DAYS

PLUS: **DIME'S FAITHFUL ROADIE**
**REVEALS THE SECRETS TO HIS SOUND**

0   70989 38752   2

03>

Future



Rita Haney with Dimebag's original "Lightning Bolt" Dean guitar, December 2007

# THIS LOVE

If you want to know the real Dimebag Darrell, you have to talk to Rita Haney, his girlfriend and companion since high school. Three years after his untimely death, Rita gives us a revealing look inside the heart and soul of metal's lost cowboy from hell. { *by Chris Gill • Photos by Neil Zlozower* }

E veryone who ever met Dimebag Darrell Abbott has a story about him, whether it's a tale of some hilarious prank he pulled, an amazing live performance or an incredibly generous act of charity. As Dimebag's girlfriend for 20 years, best friend for 30 years and soul mate for life, Rita Haney could fill the encyclopedia with her memories of him. Rita was there when Darrell first learned to play guitar, when he formed the band Pantera in his early teens and when Pantera rose to fame in the Nineties.

"We told each other everything," she says. "There were no secrets between the two of us. He was my best friend."

As the executor of Dimebag's estate, Haney is responsible for keeping his legacy alive. She oversaw production of the first *DimeVision* DVD, which featured video footage of rare performances from Pantera's club days during the Eighties as well as several notorious fireworks battles that took place at their home, "the Fortress," and she's preparing to release a second volume in December 2008. Haney is working with Darrell's dad on a special photo book featuring previously unseen photos from Darrell's childhood as well as numerous photos that Dimebag took while touring in Moscow and Japan. She's currently putting finishing touches on DimeVision.com, a web site where Dimebag's fans can hear clips from his personal audio messages and purchase clothing from a line that Darrell designed himself.

"I'm working with a few toy companies on producing action figures," she adds. "They're going to be more affordable than those sculptures that Knucklebonz makes. We'll make a little figure of Dime with his 'survival kit' — a bottle of Crown Royal, a video camera and some pot. We'll have some new Dean guitars coming out that I hope you'll hear more about soon, along with some news about Black Tooth amps. The more things that we do for Darrell



Rita and Dime

Downloaded from ...

As the executor of Dimebag's estate, Haney is responsible for keeping his legacy alive. She oversaw production of the first *DimeVision* DVD, which featured video footage of rare performances from Pantera's club days during the Eighties as well as several notorious fireworks battles that took place at their home, "the Fortress," and she's preparing to release a second volume in December 2008. Haney is also working with Darrell's dad on a special photo book featuring previously unseen photos from Darrell's childhood as well as numerous photos that Dimebag took while on tour in Moscow and Japan. She's currently putting finishing touches on DimeVision.com, a web site where Dimebag's fans can hear clips from his personal audio worktapes and purchase clothing from a line that Darrell drew and designed himself.

"I'm working with a few toy companies on producing some action figures," she adds. "They're going to be more affordable than those sculptures that Knucklebonz makes. I want to make a little figure of Dime with his "survival kit": a bottle of Crown Royal, a video camera and some fireworks. We'll have some new Dean guitars coming out that you'll hear more about soon, along with some news from Krank amps. The more things that we do for Darrell



and the more that we build his legacy, the more we keep his memory alive. The better that these things do, the more and better things we'll be able to put out. Darrell was always about integrity and quality, and I want to make sure that everything we do lives up to that standard."

As great as these products are, none of them can replace Haney's memories for Darrell. Although Dimebag was taken away from all of us much too early, at the age of 38, Rita has enough great memories to last several lifetimes. Rita graciously shared her unique insight into the personality of one of the greatest guitar heroes to emerge during the last two decades, revealing the good times and bad times that made Dimebag Darrell the amazing musician he was.

☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆☆

**GUITAR WORLD** When did you first meet Darrell?

**RITA HANEY** When we were eight years old, my mom used to work in the evening, so I'd stay over at my aunt's house. They lived right around the corner from where Darrell lived, about four or five houses down. I was there almost every afternoon. We would always go to an area we called "the bike trails," but it was really just a place where there were a bunch of undeveloped houses. That's where I met Darrell for the first time. On our first encounter I pushed him off of his bicycle. [laughs] He never let me forget that.

**GW** What was Darrell like back then?

**HANEY** He was somebody you always wanted to be friends with. He was always sweet and lovable.

**GW** Do you remember when Darrell started playing guitar?

**HANEY** That was in his teen years. Around that time Darrell discovered Ace Frehley, and Ace was just the shit. Darrell would stand in front of the mirror posing with his guitar before he even knew how to play it. Kiss was the first concert that we went to together, in 1979.

**GW** Was Darrell like as a guitar player in the beginning? Did he show any signs of the guitar hero that he was to become?

**HANEY** When he first put together Pantera, [original vocalist] Terry Glaze played guitar as well. Before they recorded anything, Darrell would play

solos when they were jamming on cover tunes, but usually he let Terry play lead because Terry knew more about the guitar than he did. But Darrell had so much drive. Guitar was the one thing he could really focus on.

A lot of parents today would diagnose a kid with ADD because he doesn't pay attention to his studies in school. Darrell was that way. He could go around the corner to the store and get lost. He'd call me on the phone and ask me how to get back. I'd say, "You've lived here all your life! You don't remember?" He just didn't pay attention to that stuff. The only thing he focused on even as he was growing up was his creative side. When it came to playing, he couldn't be stopped. He surpassed Terry on guitar very quickly, so Terry started to focus on singing. Darrell learned everything by ear. He didn't take any lessons in the beginning, he was self-taught. Later on he took some lessons here and there from different people, but he just had a natural knack for playing.

**GW** When did the two of you become more than just casual friends?

**HANEY** There was a period during our early teens that I didn't see him a lot because I lived in a different part of town. Then Darrell and Vinnie started playing shows and keg parties when we were about 14, and I would go to see them play. We had a lot of mutual friends who all liked heavy metal, and we would always be in the same places. We started hanging out a lot again.

In 1984, I became friends with James Hetfield and Lars Ulrich from Metallica. They had just finished recording *Ride the Lightning* and couldn't afford to go anywhere on a real vacation, so I invited them to come to Dallas. I had two free roundtrip tickets to Dallas that I got when I was bumped off a flight, so I offered to give them to James and Lars and invited them to come to Dallas to party with us.

Every night we'd wind up at this club called Savvy's that Pantera



Haney and Dime (as "the Elvis statue"), center, Halloween 2003 at Vinnie Paul's house.

used to play at. We'd all get hammered, and James and Lars would get up onstage and jam. After that I frequented a lot of Pantera's shows, and Darrell and I became close friends again. I started doing catering for the band, because my mom had a catering business. My dad liked to go fishing, so he was out of town on weekends a lot. After Pantera played, I'd throw parties at my house, and I'd hook Darrell up with chicks so my friends. That particular night be like, "Hey, that chick wants to blow you. You can use my room." He was like my best friend.

One night Darrell was giving me a ride home from Savvy's. I remember I turned to say something to him and he kissed me. It caught me completely off guard. I was like, "Wow! I guess I never thought of you that way," but then again I really did like him. From then on we started seeing each other. We were about 18. We officially got together on December 4 when we were at a Malice concert. That particular night he told me that he didn't want me to see anyone else, and I told him I felt the same way. That day is also Ozzy's birthday. I knew Darrell since we were eight, which was 30 years, and we were together since we were 18, which was 20 years.

**GW** What do you think brought the two of you together and kept you together all those years?

**HANEY** It was the music. I've always been a huge fan of Darrell's playing and not just his personality. The music was one reason why we got through a lot of shit and lasted as long as we did. For him, the music had to come first, and it came first to me, too. Chicks can be pretty weird creatures when it comes to attention and being vain, so I always tried to remember that and catch myself before it became a problem.



Backstage at Joe's Garage, Fort Worth, Halloween 1989; (center) at Savvy's, in Fort Worth, 1985; (right) with "Wheels" at Savvy's watching Wrathchild (Shannon Larkin's pre-Godsmack group), in 1985





**GW** You got to see Darrell's rise to fame first hand. What was that like?

**HANEY** It was a long road for the band. A lot of people don't realize that. It took Darrell 10 years from when he was just 14 years old until 1990, when Pantera finally got signed to a major label. The band played every week. Sometimes they played seven days a week, doing three one-hour sets every night. Pantera was also the first band around Dallas that played an all-original set.

**GW** It doesn't seem like the success ever went to Dimebag's head. He seems like he was always the same person he was in the beginning.

**HANEY** I agree with you. The bigger Pantera became, the more down to earth he got. He never wanted to lose himself, especially when he saw other musicians do that. What happens in your life once you cross that threshold and you're no longer the person you were? I've met several people where I have to wonder what makes them think that they're so above everybody else. I'm glad Darrell never went there.

I really think it was because Darrell was such a big fan. He just had fun with his fame. If he was in a situation where he was bored, he would find something to do. The video camera definitely played a big part in that. He loved clowning around and making movies.

**GW** What was Darrell's relationship like with the guitar? Did he practice a lot when he wasn't on tour?









Cowboys from Hell tour, backstage on New Year's Eve 1990; (right) at Dimebag's mother's home in Arlington, Christmas 1995



**HANEY** Darrell didn't practice at all because he played shows so often. To him, playing shows was like practice. If we went out, he was always jumping up onstage and jamming with someone.

He did record music a lot. He snored loud, and it would never wake me, but the second he would get out of bed I'd notice. I'd ask him if anything was wrong, and he'd say that he had a riff in his head and he had to record it. Then he'd go into the shitter and record it. I called him the shithouse poet. I set up an area in our bathroom so he could record in there. He had this shitty little recorder that he called "the Dirtbag," along with some guitars.

I have boxes of unmarked audiotapes of him working out ideas. Whenever I'm home I'll pop a new one in to see what's on it. I even bring them with me when I travel and start my day off listening to them. I'll be like, "So, what do you have to tell me today?" There are lots of short riffs, or sometimes he'd describe an idea, like this idea he had for a neck pickup he wanted to do and he'd explain how he wanted

it wound. He was very good at documenting everything.

In the bathroom right now are two pages of notes that he stapled to the wall that described what the next Damageplan album was going to be like. There are also tapes of him and Vinnie playing the new songs they wrote. He wanted to do one song with a continuous riff, like "You Really Got Me," and he had notes about how he wanted this hi-hat trick. Ideas were always coming out of him.

**GW** What was it like when Pantera got signed to a major label and recorded *Cowboys from Hell*?

**HANEY** I still have the raw demos that Darrell recorded for me before the album was mastered. The raw demos sound so brutal! The difference between that and the finished album is crazy. The mastering engineer cut so much back. It would be really cool to take those demos and remaster them. Vinnie knows all the licks and tricks now, and I'm sure he could do an amazing job with that.

It was a very exciting time when that record first came out. I remember how excited everyone was the first time MTV played one of the band's videos, or how it felt before shows when Big Val [*Pantera's main security guard*] would stick his head in the door and go, "All right boys! Five minutes to the deck!" and Darrell would take another shot and do his [*warm-up*] stretches. I know how I felt walking to the stage with them, but I can't imagine how excited they felt going up there. I used to love to hear that every night: "five minutes to the deck." You could hear [*ZZ Top's*] "La Grange" or [*David Allan Coe's*] "Jack Daniels If You Please" playing in the background. Watching them go from the clubs to the big stages was cool, and it's cool that Darrell shared that with me and let me be part of it.

**GW** What was one of Darrell's biggest moments?

**HANEY** For a long time I would have said when Pantera played in Moscow in 1991 [*on the Monsters of Rock tour*], but that changed in November 2004 when Darrell met Eddie Van Halen. The smile never left his face from the minute we got on the plane to fly out there. It stayed there through Van Halen's soundcheck, when he got to play through Eddie's rig, and especially when he got photos taken with him.



In the woods. On the town. You're so versatile... you must be a figment of my imagination.



And that is what we call "irony."

When you see that particular picture of them, you can just see the light in Darrell's eyes. I loved spending that day with him. He was in the best mood. That night when we were going back to the hotel in the limo he told me, "You know, dude, if I died tonight it wouldn't even matter, because I've done everything now. I met Eddie Van Halen, and it can't get any better than this." Darrell and Vinnie's lives were a lot like Eddie and [his brother] Alex's. They had a lot in common. It meant so much to Darrell to meet his biggest hero, especially after all that time.

**GW** In many respects, Dimebag became the new Eddie when Pantera hit it big in the Nineties. He was one of the biggest guitar heroes to come along after Ed.

**HANEY** I love going to shows, and I love metal music in general. There are some great players out there, but I feel like they're missing something. Their technique is amazing and they play all the right notes, which probably are too many, but Darrell could take one note and hold it for eight bars and make you feel so much. I think that's because Darrell loved the blues and ZZ Top, Pat Travers, Bugs Henderson and King's X. A lot of guitar players seem to be missing that feel.

**GW** Dimebag's personality also came out through his playing.

**HANEY** He had charisma. That's what I really miss when I watch other players. I guess I always took Darrell's charisma for granted when he was playing, but now that he's gone I

really notice it. He had this way of catching your eye and entertaining you no matter where you were in the audience. He had all these signature moves, and he'd point or look at you and include you in the show. He'd hand you down a shot from his guitar. No matter how big the crowd was, he still had that one-on-one with people.

**GW** What music did Darrell listen to that people might be surprised to know he liked?

**HANEY** He liked all kinds of stuff. I'm a licensed massage therapist, so I'd chill him out when he came off of the road. When he was chilling out he liked to listen to Sade. Everybody knows that he liked David Allan Coe, but he also liked Merle Haggard and a lot of old-school country. He loved King's X and Pat Travers, as well as a lot of blues. He liked Jellyfish a lot. Him and Bobby Tongs [*a Pantera crew member who also shot a lot of the video material in Pantera's* Vulgar Videos] used to play the hell out of their *Spilt Milk* album. That's still on our jukebox at home. I even remember him liking Simply Red—"Holding Back the Years." He loved that song. Darrell even liked the old-school Snoop Dogg and Dr. Dre stuff, but he'd make fun of any hip-hop past that. He seriously loved all kinds of music.

**GW** You were with Darrell for a long time. Why did you never get married?

**HANEY** It was a mutual agreement. There was no reason to fix something that wasn't broke. At one time Darrell asked me what my thoughts about marriage were and said that he'd marry me if I wanted him to. I told him



Music is your life. **Make it a career.**

T H E
**LOS ANGELES**
RECORDING SCHOOL

**888 688 LARS**
6690 Sunset Blvd. Hollywood CA 90028

larecordingschool.com

© 2005 The Los Angeles Recording School. All rights reserved. The term "The Los Angeles Recording School" and The Los Angeles Recording School logo are service marks of The Los Angeles Recording School.

## "IF WE WOULD HAVE HAD KIDS, THEY WOULD HAVE HAD TO RAISE US!"

no, because I'm not about that. My mom is a preacher, and I've always been that rebellious kid. I guess it's part of the music that I liked. I always went against the norm. The more people asked when I was going to get married, the more I knew I wasn't going to. Everybody around us was getting married and having kids, but everybody who did that was either getting divorced or having problems. Darrell and I just worked. Darrell had this philosophy that he had a one-on-one relationship with the man upstairs, and he didn't need a middleman he didn't know to tell him it was okay for him to fuck somebody he did know.

I do have a ring that Darrell bought me. He taped it to the forehead of this Dracula doll that he used to fly onstage every night during the *Far Beyond Driven* and *Great Southern Trendkill* tours. He used to drive the riggers crazy with that thing. He'd say, "I'm not going to play today unless Drac flies!" We had our thing, and that was good enough.

**GW** Did you ever discuss having children?

**HANEY** We said that we'd talk about having kids when we turned 30, but when we turned 30, then 32, then 33, we said we'd think about it again when we were 35. He had a great memory, and when I turned 35 he asked me about it. I told him that I really didn't want to have any, and he said, "Cool! Me neither!" If we would have had kids, they would have had to raise us! [*laughs*]

**GW** Did you ever have any rough times?

**HANEY** Everybody has rough times. We went through a really rough period back in 2000, but we got through it and resolved it. After that, Darrell and I were closer than when we first met. We had a lot of stuff to deal with due to the breakup of Pantera. The reason why he did a lot of the things he did was because of the booze and what he was going through. It's real easy to crawl in a bottle and hide. When you're out on the road it's easy to lose a sense of responsibility. Out there, you've always got someone cooking for you and doing your laundry. You're in this little capsule going down the road with 15 other people. When you get home, you have to pick up after yourself. You can't just drop your clothes where you are. It's a different reality.

I understood that things were different for him when he came home. It was really hard for Darrell to come to terms with the fact that his singer and bass player weren't going to call him back. We set up a meeting in New York with Phil [*Anselmo, Pantera's vocalist*] and Rex [*Brown, Pantera's bassist*], and they didn't show. When I read stupid things that Mr. Anselmo likes to say didn't happen...well maybe he just doesn't remember that they did. That's what's so tough about dealing with someone who is a junkie. They come out of their 12 steps and apologize to you, and they expect you to pat them on the back and forgive them. I don't think so! They're getting off easy because they don't fucking remember doing what they did that they're apologizing for. So how can they feel it? Everybody else remembers what you did and the hurt that you caused. You don't get off that easy.

**GW** The breakup of Pantera must have been very tough for Darrell. It was a big part of his life much longer than it was part of Phil's.

**HANEY** When Darrell formed Damageplan, he told me that he never wanted to start over. I told him that no matter what, he was Pantera before Phil and Rex and he will always be Pantera in his heart, even if he had to call it something different. It really sucked to have to watch him and Vinnie go through that. I was there when they lost their mom, and I know how much that hurt them. But honestly, the breakup of Pantera was worse. Vinnie would come over to the house, and he and Darrell would just go over and over scenarios in their heads trying to figure out what they did wrong. But it wasn't them. They were trying to figure out a solution, and it really sucked to watch those two crying over that and to not be able to do anything about it.

Damageplan didn't solve the problem. I remember in his final days, Darrell was calling me a lot and he told me that he didn't know what to do about [*vocalist*] Pat Lachman. He said, "The dude is not who I thought he was. I'm to the point where I want to fire him, but I just can't do that. I don't want people to think we're like the Van Halen brothers and hard to work with!" Pat said that he didn't want to sing any Pantera songs, but he knew what he was getting into when he joined the band. He was also treating [*Damageplan bassist*] Bob Zilla like complete horseshit.

Darrell had no idea what was wrong with Pat. He said, "I've given him everything I possibly can. I gave him a great place to start. I'm sorry when people walk up and go, 'Dimebag!' and he cops an attitude." I told Darrell that he shouldn't have to walk on eggshells with another singer to make him happy. He already did enough of that with Phil. It got to the point where Darrell blew up completely, and it took a lot to get him to do that. He said, "Look, if I want a dickhead for a singer I'll call up Phil Anselmo! I can at least make money with that motherfucker." Darrell had to finally tell Pat that.

Pat loves to tell people how Darrell patted him on the back the day that he died, but I know that's not true. I've got 10 messages from that day that Darrell left me where Darrell was bitching about stuff that Pat had pulled the night before and even that day. He had had enough. He was hating it. He didn't want that. He was going, "Why am I having to start over?"

**GW** What are your personal feelings about Phil?

**HANEY** Phil will never be able to take back those things he said in *Metal Hammer*. [*Weeks*

# Transcendence

*Carbon.*

*Basic.*

*Elemental.*

*Pure.*

*Stable.*

The foundation of RainSong's graphite construction. RainSongs are made of pure Carbon. Light in weight and delicately responsive. Projection Tuned Layering™ for loud, dynamic acoustic playing. Only RainSong delivers all the warmth, crystalline clarity and elemental tone of the classic carbon sound.

**D i s c o v e r** with RainSong the sound and experience of graphite guitars and wake up to a whole new world—one that is impervious to the vagaries of climate.

**RainSong**
Graphite Guitars

**1.800.788.5828**
**www.rainsong.com**

Unique sound; Carefree playing; Road tough stability

*before Dimebag was killed*, Metal Hammer magazine printed an interview with Phil Anselmo in which he said, *"Dimebag deserves to be severely beaten."*] They sent the audiotapes to Vinnie, and we both heard him say it. He said a few other things, too, that they didn't print. It's not our fault that he can't remember saying those things; you still have to take responsibility when you do that shit.

Phil is responsible for all of it, whether he knows it or not. Darrell was really upset when he found out what Phil said. He said, "What did I ever do to him?" He got a lump in his throat, and he was choking it back. I told him, "You know what, baby? You never did anything to him but love him. In his drug-induced mind, he has made you his biggest enemy because he can't face you. I know that at one time he respected you and you were one of the most important people in his world." I know that. I know that Phil once had huge admiration for Darrell. Anybody that ever knew Darrell felt that way about him. He was such a fun-loving person.

Darrell knew I was right, but he said he just couldn't deal with Phil any more. He said Phil had humiliated and embarrassed him for the last time and that he could never be in the same room or stand onstage with him ever again. That was one of the last things he ever said to me about Phil Anselmo.

When we had Darrell's funeral, a bunch of people were calling and said that Phil was in town and wanted to come. I did not make that decision [*to bar Anselmo from the funeral*]. It was a big mutual decision. Everyone in that house there that day, from our immediate family to the road crew, was against it. No one wanted to see his face. I was actually for Phil having his five minutes alone with Darrell because I wanted the last thing that Phil remembered about Darrell was him in that box. But Vinnie didn't. He said, "What was one of the last things that Darrell said? That he didn't want to be in the same room with that dude ever again." Vinnie was right, and I had to abide by what Darrell and Vinnie wanted.

**GW** In the VH1 *Behind the Music* episode about Pantera, you said that you told Phil you would blow his face off if he showed up at Darrell's memorial or funeral.

**HANEY** One thing that really bothers me is how they edited my interview for that show. They only used that one part from what I said our phone conversation was, and they took out important parts that explained what I meant. They left out the part where I mentioned how Rex told me that they had to throw ice water on Phil just to sober him up enough to tell him that Darrell was dead. I thought it would be disrespectful for Phil to show up here in that shape on that drug. I got on the phone with Phil and asked him why he never bothered to call back all those times Darrell tried to reach him. He said, "I'm so devastated." I said, "You're devastated? Your words murdered my boyfriend!" He said, "You and I don't see eye to eye," and I said, "You're damn right we don't!" Then he said, "Well, right things happen to right people." I asked him to repeat that because I couldn't believe what I just heard and he did. It just blew me away that even then, at that moment, he would still try to throw something out there to take away his responsibility for his actions. That's when I told him that if he showed up I would blow his face off myself.

The bottom line is Phil's actions led to what happened. If Phil hadn't quit Pantera, Darrell wouldn't have been playing in that shithole where that guy could get to him. The guy wouldn't have been after Vinnie and Darrell if Pantera had not broken up. It was all due to Phil's stupid, stupid actions.

**GW** What is your favorite memory of your time with Darrell?

**HANEY** Darrell didn't sleep well at night, but he'd nod out while he was watching TV. He loved to watch forensics. The second he'd go to sleep, I'd steal the remote and switch it over to something that I wanted to watch, and I'd be real quiet so I didn't wake him. One time we were sitting together on the couch and I had to fart. I didn't want to get up because it would wake him up, so I just let it slide out. After I did, I was going, Oh my god! This smells so awful! and I was trying to keep from laughing. About that time he started to stir, and he said, "Are you cooking something? I smell sausage." And he went back to sleep. I started laughing and then he completely woke up and said, "Goddamn it! You farted, didn't you?" I told him I was sorry, but I couldn't stop laughing. Every time I think about "Are you cooking? I smell sausage," I have to laugh. I have a lot of good memories of him, but that one is about as candid as it gets. ◉



DREAMERS WANTED.

VOLUME

ANALOG DIGITAL

SCHOOL OF RECORDING ARTS

FULL SAIL
Real World Education

800.226.7625   3300 University Boulevard • Winter Park, FL 32792

Financial aid available to those who qualify • Career development assistance • Accredited School, ACCSCT

DEGREES IN: COMPUTER ANIMATION ▸ DIGITAL ARTS & DESIGN ▸ ENTERTAINMENT BUSINESS ▸ FILM ▸ GAME DEVELOPMENT ▸ RECORDING ARTS ▸ SHOW PRODUCTION & TOURING

ONE OF THE FIVE BEST MUSIC PROGRAMS IN THE COUNTRY
*Rolling Stone Magazine*

fullsail.com

© 2006 Full Sail Inc. All rights reserved.

# Exhibit B

KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
  *ajweil@kbkfirm.com*
Joshua W. Sussman (294695)
  *jsussman@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Douglas A. Rettew (*pro hac vice* application forthcoming)
  *doug.rettew@finnegan.com*
Margaret A. Esquenet (*pro hac vice* application forthcoming)
  *margaret.esquenet@finnegan.com*
Anna B. Naydonov (*pro hac vice* application forthcoming)
  *anna.naydonov@finnegan.com*
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:  202.408.4161
Facsimile:  202.408.4400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BUDDY WEBSTER p/k/a BUDDY BLAZE,<br><br>Plaintiff,<br><br>v.<br><br>DEAN GUITARS; ARMADILLO ENTERPRISES, INC.; ARMADILLO DISTRIBUTION ENTERPRISES, INC.; ESTATE OF DIMEBAG DARRELL ABBOTT, an unknown entity; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-03027-JFW-MRW<br><br>**DECLARATION OF KIMBERLY DAVIS IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>***Filed concurrently with Motion to Transfer Venue and Declaration of Evan Rubinson***<br><br>Judge:  Hon. John F. Walter<br>Date:    July 31, 2017<br>Time:    1:30 P.M.<br>Courtroom: 7A<br><br>Trial Date:  None Set |

**Kendall Brill & Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

## **DECLARATION OF KIMBERLY DAVIS**

I, Kimberly Zide Davis, declare as follows:

1.    I am the Manager of the Estate of Dimebag Darrell Abbott.  I submit this Declaration in support of Defendants' Motion to Transfer Venue to the U.S. District Court for the Middle District of Florida.  Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    For over 23 years, I have been the Manager of the heavy-metal rock band Pantera and its iconic guitarist Dimebag Darrell Abbott.

3.    On December 8, 2004, Dimebag Darrell Abbott was tragically shot and killed on stage by a deranged fan.

4.    Since 2013, I have served as the Manager of Dimebag Darrell Abbott's Estate (the "Estate").  I reside in New Jersey.

5.    Vincent Paul Abbott, Dimebag Darrell Abbott's brother, is the sole administrator of the Estate.  He resides in Texas.

6.    Vincent entered into an agreement with Armadillo Enterprises, Inc. concerning the guitar design at issue in this case.  Paragraph 31 of that agreement provides that the "Endorsement Agreement shall be governed by and construed in accordance with the laws of the State of Florida applicable to contracts entered into and wholly to be performed within the State of Florida."

7.    Plaintiff's Complaint claims that "on information and belief, at least one administrator of the ESTATE OF DIMEBAG DARRELL ABBOTT resides in this District."  This is incorrect.  The Estate does not have any officers, administrators, or employees in California.

8.    The Complaint may be referring to Dimebag Darrell Abbott's former girlfriend Rita Haney, who, upon information and belief, may reside in California.  Ms. Haney is not an officer/administrator of the Estate, and she does not participate in managing the Estate.

**Kendall Brill & Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

9.     The Estate's potential witnesses with knowledge regarding Plaintiff's claims—i.e., Vincent Abbott and I—are both located outside California. The Middle District of Florida is a closer and much more convenient location for the Estate and its witnesses than the Central District of California. Litigating the case in California would impose a financial burden on the Estate and constrain its already limited resources.

10.     The Estate consents to personal jurisdiction and venue in the Middle District of Florida for purposes of litigating this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of June, 2017, Middletown, New Jersey.

Kimberly Davis

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

314841.1

2

Case No. 2:17-cv-03027-JFW-MRW

DECLARATION OF KIMBERLY DAVIS IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE

# Exhibit C

KARISH & BJORGUM, PC
Eric Bjorgum (Bar No. 198392)
119 E. Union St., Suite B
Pasadena, California 91103
Telephone:     (213) 785-8070
Facsimile:     (213) 995-5010

Attorneys for Plaintiff BUDDY WEBSTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BUDDY WEBSTER p/k/a BUDDY BLAZE,<br><br>          Plaintiff,<br><br>       v.<br><br>DEAN GUITARS; ARMADILLO ENTERPRISES, INC.; ARMADILLO DISTRIBUTION ENTERPRISES, INC.; ESTATE OF DIMEBAG DARRELL ABBOTT, an unknown entity; and DOES 1 – 10 inclusive.<br><br>          Defendants. | Case No. 2-cv-17-3027-JFW(MRW)<br><br>**DECLARATION OF KRIS BEECHER P/K/A KRIS CREMAIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER** |

1.     I am a resident of Arizona and a prior vice president, general manager and part owner of Krank Amplification, LLC.  My legal name is Kris Beecher, but I have performed in a band and worked professionally under the name Kris Cremain. I am submitting this Declaration in Opposition to Defendants' Motion to Transfer this matter. All facts contained herein are within my personal knowledge and, if called upon as a witness, I could and would competently testify thereto.

2.     Krank Amplification, LLC ("Krank") was a high-end guitar amplifier company based in Arizona.  It went out of business in 2013.  While I was a Krank, I had many duties, including overseeing some of the brand development and partnership opportunities.

3.     Before "Dimebag" Darrell Abbott passed away, Krank was involved in developing a "signature" guitar amp for Abbott.  I was closely involved in that project.  Abbott played Krank amps and had specific hardware setting preferences for his amplifiers and speaker cabinets.

4.     Abbott passed away before the Krank amp was released, though the project was mostly done.  Abbott also had partial ownership of the company.  After he passed away, the contact person for his estate was typically Rita Haney.  She received invoices and royalty statements.

5.     90% of my conversations were with Rita Haney, Abbott's long-time girlfriend.  I was involved in negotiations to release it and related products.  As far as I understood, she negotiated on behalf of the estate.  There were references to Haney being Abbott's widow, and, not being familiar with common law marriage in Texas, I assumed that was the situation.

6.     I rarely spoke with Abbott's brother Vinnie Paul Abbott, though one of the other partners did.  At one point, Rita Haney asked us to release a less expensive "Dimebag" branded amplifier, in the sub-$200 range.  Krank refused because the quality of the amplifier was not up to our standards, and we did not want to put out a "Dimebag" amp that Abbott had not played or approved.

7.   I left Krank in 2011.  Up until the time of my departure, quarterly statements were sent out to Abbott's estate, with copies sent to Rita Haney.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Tuba City, Arizona on July 9, 2017.

_____
Kris Beecher

# Exhibit D

**Under Seal**

Objections of Rita Haney to  Buddy Webster's
First Set of Interrogatories

# Exhibit E

**Under Seal**

Excerpts from May 10, 2018  Deposition
Transcript of Michael William Trujillo

# Exhibit F

**Under Seal**

Excerpts from May 10, 2018 Deposition
Transcript of Rita Haney

# Exhibit G

**Under Seal**

Sales Figures from Armadillo

# Exhibit H

**Video Clip**

(Lodged Separately)

True and correct copy of a video of Ms. Haney at NAMM
signing the guitar while Mr. Webster is in the background

# Exhibit I

**Video Clip**

(Lodged Separately)

True and correct copy of a video of Ms. Haney
promoting a "shredder" contest for Dean Guitars

# Exhibit J

**Video Clip**

(Lodged Separately)

True and correct copy of a video from "Monkey Rocks" where Ms. Haney discusses her merchandising work with "Dimebag Hardware"

# Exhibit K

07/20/2011 17:04 823-243-6887   THE KOLESIK LAW GROUP

Case 8:17-cv-01795-WFJ-CPT   Document 199   Filed 10/06/18   Page 32 of 43 PageID 2214
AZ Corp. Commission

AZ CORPORATION COMMISSION
FILED

03562918

JUL 2 1 2011

FILE NO. L-1091841-1

## ARTICLES OF AMENDMENT
Pursuant to A.R.S. § 29-633(F)

The name of the limited liability company is:
Krank Amplification, L.L.C.

2.    Attached hereto as Exhibit A is the text of the amendment.

DATED this 21ˢᵗ day of February, 2011.

Martin Chan, Member

07/20/2011  17:05  623-243-8887                    THE KOLESIK LAW GROUP  P L L C *  #1023 P 006/008

**EXHIBIT A**

**AMENDMENT TO**
**ARTICLES OF ORGANIZATION FOR**
**KRANK AMPLIFICATION, L.L.C.**

Article 1 shall remain the same.

Article 2 shall remain the same.

Article 3 is hereby deleted in its entirety and the following substituted in its place and stead:

Article 3.  The names and addresses of each member are:

Martin Chan
3884 Twisted Trails
Prescott, Arizona 86301

Susan Dankberg
12412 N. 74th Street
Scottsdale, Arizona 85260

James Edwin Torgeson
2420 S. Birch Street
Gilbert, Arizona 85295

Estate of Darrell Abbott
c/o Rita Haney-Abbott
3411 Sunset Lane
Arlington, Texas 76016

Allan Chadwick
736 W. Laguna Azul Avenue
Mesa, Arizona 85210

Kris Cremain Beecher
1916 N. Verano Way
Chandler, Arizona 85224

Article 4 shall remain the same.

Article 5 shall remain the same.

- 2 -

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
03359795

**RECEIVED**

**JAN 0 6 2011**

**ARIZONA CORP. COMMISSION**
**CORPORATIONS DIVISION**

### Limited Liability Company
### Statement of Address Change and
### Statement of Statutory Agent Change
(Pursuant to A.R.S. §§ 29-605 and 29-605.01)

FILING FEE $5.00 (A.R.S. § 29-851)

The exact name of the Limited Liability Company (LLC) currently on file with the Arizona Corporation Commission (ACC) is:

Krank Amplification, L.L.C.

The ACC file number is: L-1091841-1

The current address of the LLC's known place of business on file with the ACC is:
1220 W. Alameda Drive #121
Tempe, Arizona 85282

The name and **street address\*** of the current statutory agent on file with the ACC are:
Ivan Kolesik Jr.
15840 W. Westview Drive
Goodyear, Arizona 85395

5. If the LLC was not organized in Arizona, the address of the office required to be maintained in the state of its organization or, if not so required, of the principal office of the foreign LLC is:
N/A

6. Is the known place of business in Arizona to be changed?
☐ No. ☒ Yes and the address of the new place of business is:
3304 N. Delaware Street
Chandler, Arizona 85225

\*street address must be a physical address. P.O. Box addresses and personal mail boxes (PMB) will not be accepted.

LL:0006
Rev. 10/2007
Page 1 of 3

Arizona Corporation Commission
Corporations Division

LLC Name <u>Krank Amplification, L.L.C.</u>     ACC File Number <u>L-1091841-1</u>

7.  Is the street address of the current statutory agent to be changed?
    ☒No. ☐ Yes, the new **street address\*** of the current statutory agent is:
         <u>N/A</u>

8.  Is a new statutory agent to be appointed?
    ☒No. ☐ Yes. If you checked "yes," you must complete the following information and
the
                new statutory agent must accept his/her appointment (below).

    The **new** statutory agent is: <u>N/A</u>

    New **street address\*** of the statutory agent is:
         <u>N/A</u>

---

**Acceptance of Appointment
By Statutory Agent**

The undersigned hereby acknowledges and accepts the appointment as statutory agent of
the above-named limited liability company effective this _____ day of _____, _____.

              Signature: <u>N/A</u>

              Printed Name:                      Title:

              If signing on behalf of a company, please print the company name here.

---

9.  Is the address of one or more of the LLC's members or managers to be changed?
    ☒No. ☐ Yes. If you checked "yes," you must complete the following information for
    each
                member or manager whose address is to be changed:

Name: <u>N/A</u>                    ,    <u>Member or Manager</u>
                                              (*circle one*)

**Current
Address:**                                 **New
                                           Address:**

LL:0006                                    Arizona Corporation Commission
Rev. 10/2007                               Corporations Division
Page 2 of 3

LLC Name <u>Krank Amplification, L.L.C.</u>    ACC File Number <u>L-1091841-1</u>

Name: <u>N/A</u>    ,    <u>Member or Manager</u>
                          (*circle one*)
**Current**                   New
Address:                     Address:


Name: <u>N/A</u>    ,    <u>Member or Manager</u>
                          (*circle one*)
Name: <u>N/A</u>              New
**Current**                   Address:
Address:


Name: <u>N/A</u>    ,    <u>Member or Manager</u>
                          (*circle one*)
**Current**                   New
Address:                     Address:


*street address must be a physical address. P.O. Box addresses and personal mail boxes (PMB) will not be accepted.

| Changes to the statutory agent address must be executed by the statutory agent. | A.R.S. §§ 29-605 and 29-605.01 require that changes to limited liability companies (except for changes to the statutory agent's address) be executed by a member/manager of the LLC. |
|---|---|
| Dated this _____ day of _____, | Dated this __1__ day of November, 2010 |
| Signature: <u>N/A</u> | Signature: |
| Printed Name: | Printed Name: <u>Martin Chan</u> |
|  | Title: <u>Member</u> |
| If signing on behalf of a company, please print the company name here. |  |

**This form must be delivered to:**
**ARIZONA CORPORATION COMMISSION**
**Corporations Division**
**1300 West Washington**
**Phoenix, Arizona 85007-2929**

LL:0006
Rev. 10/2007
Page 3 of 3

Arizona Corporation Commission
Corporations Division

03677655

**AZ CORPORATION COMMISSION**
**FILED**

NOV 2 2 2011

FILE NO. L-1091841-1

**ARTICLES OF AMENDMENT**
Pursuant to A.R.S. § 29-633(F)

L I S T N U M                    1                    \1                    3

> The name of the limited liability company is:
>
> Krank Amplification, L.L.C.

2

> Attached hereto as Exhibit A is the text of the amendment.

DATED this _30_ day of October, 2011.

_____

Martin Chan, Member

## EXHIBIT A

### AMENDMENT TO
### ARTICLES OF ORGANIZATION FOR
### KRANK AMPLIFICATION, L.L.C.

Article 1 shall remain the same.

Article 2 shall remain the same.

Article 3 is hereby deleted in its entirety and the following substituted in its place and stead:

Article 3.  The names and addresses of each member are:

Martin Chan
3884 Twisted Trails
Prescott, Arizona 86301

Susan Dankberg
12412 N. 74th Street
Scottsdale, Arizona 85260

Estate of Darrell Abbott
c/o Rita Haney-Abbott
3411 Sunset Lane
Arlington, Texas 76016

Allan Chadwick
736 W. Laguna Azul Avenue
Mesa, Arizona 85210

Article 4 shall remain the same.

Article 5 shall remain the same.

# Exhibit L

| To: | Getcha Pull, Incorporated (iamdrunk@sbcglobal.net) |
|---|---|
| **Subject:** | TRADEMARK APPLICATION NO. 78453441 - DIMEBAG "DH" HARDWARE - N/A |
| **Sent:** | 11/18/05 11:57:46 AM |
| **Sent As:** | ECOM106@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:     78/453441

**APPLICANT**:     Getcha Pull, Incorporated

**CORRESPONDENT ADDRESS**:
    GETCHA PULL, INCORPORATED
    PO BOX 309
    BURLESON TX 76097-0309

# *78453441*

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK**:     DIMEBAG "DH" HARDWARE

**CORRESPONDENT'S REFERENCE/DOCKET NO** :   N/A

**CORRESPONDENT EMAIL ADDRESS**:
    iamdrunk@sbcglobal.net

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail
   address.

## OFFICE ACTION

Serial Number  78/453441

Applicant's response, filed on 11/16/05 via the Trademark Electronic Application System (TEAS), is incomplete because the only data in the response form transmitted to the USPTO is the electronic signature of the person who submitted the form.

To avoid abandonment, applicant must submit a complete response within (1) the time remaining in the six month period for response to the last Office action, or (2) thirty days from the mailing date of this letter, whichever is longer.  37 C.F.R. §2.65(b); TMEP §718.03(b).  This does not extend the time for filing a notice of appeal.  37 C.F.R. §2.64(b); TMEP §§715.03 and 715.03(c).

If applicant files its response via TEAS, applicant should review the resulting e-mail acknowledgement to ensure that all the data entered by applicant in the response appears therein.  If any data does not appear in the e-mail acknowledgement, then the Office has not received that data and the response may not be a complete response.

/G. Mayerschoff/
Trademark Attorney, LO-106
Hrs. 8:30 am- 6pm
571-272-9325
Fax- 571-273-9106

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE:  You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action has been issued via email, you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE:  To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

PTO Form 1957 (Rev 5/2006)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78453441 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 106 |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /Rita Haney-Abbott/ |
| SIGNATORY NAME | Rita Haney-Abbott |
| SIGNATORY POSITION | Vice President |
| SIGNATURE DATE | 11/16/2005 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Nov 16 04:38:00 EST 2005 |
| TEAS STAMP | USPTO/ROA-XX.XX.XX.XX-200 5111604380039 1652-7845344 1-32059742cc36189c7f30db7 0d7e55e7f2-N/A-N/A-200511 16042005451823 |

---

PTO Form 1957 (Rev 5/2006)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **78453441** has been amended as follows:

**Response Signature**

Signature: /Rita Haney-Abbott/    Date: 11/16/2005
Signatory's Name: Rita Haney-Abbott
Signatory's Position: Vice President

Serial Number: 78453441
Internet Transmission Date: Wed Nov 16 04:38:00 EST 2005
TEAS Stamp: USPTO/ROA-XX.XX.XX.XX-200511160438003916
52-78453441-32059742cc36189c7f30db70d7e5
5e7f2-N/A-N/A-20051116042005451823

| To: | Getcha Pull, Incorporated (iamdrunk@sbcglobal.net) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 78453441 - DIMEBAG "DH" HARDWARE - N/A |
| Sent: | 9/13/05 11:42:20 AM |
| Sent As: | ECOM106@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:   78/453441

**APPLICANT**:   Getcha Pull, Incorporated

**CORRESPONDENT ADDRESS**:
    GETCHA PULL, INCORPORATED
    PO BOX 309
    BURLESON TX 76097-0309

# *78453441*

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK**:   DIMEBAG "DH" HARDWARE

**CORRESPONDENT'S REFERENCE/DOCKET NO** :   N/A

**CORRESPONDENT EMAIL ADDRESS**:
    iamdrunk@sbcglobal.net

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**RESPONSE TIME LIMIT**:  TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

Serial Number  78/453441

This application has been reinstated by the Commissioner for Trademarks.  The Office records have been searched again and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

Applicant has stated that it did not receive the previous Office action.  The trademark examining attorney has determined that all the issues raised in the Office action are still valid.  If the previous Office action contained fee information or requirements, please confirm current fee information at http://www.uspto.gov.

A copy of the Office action along with any supporting documents, can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.  Enter the serial number of this application in the box labeled NUMBER and click on the SUBMIT button.  The Office action can then be viewed by clicking the link labeled "Offc Action Outgoing" next to the Mail/Create Date of 12/28/04 in Trademark Document Retrieval (TDR).  If applicant has any problems viewing the Office action, please contact the trademark examining attorney.

Applicant has 6 months from the date of this Office action to respond to the issues raised in the previous Office action.