# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BUDDY WEBSTER,
    Plaintiff,

v.                                              CASE NO. 8:17-cv-1795-T-36TBM

DEAN GUITARS, ET. AL,
    Defendants.
_____/

## NOTICE OF FILING OF CERTIFICATE OF GOOD FAITH CONFERENCE UNDER LOCAL RULE 3.01 FOR MOTION TO STRIKE CERTAIN INADMISSIBLE DECLARATIONS AND EXHIBITS IN SUPPORT OF WEBSTER'S MOTION FOR SUMMARY JUDGMENT (DKT. # 189)

In accordance with Local Rule 3.01, Armadillo's counsel certifies that she conferred with counsel for Plaintiff in a good faith attempt to resolve the issues raised in Armadillo's Motion to Strike (Dkt. # 209), but that the parties were unable to agree. On August 12, 2018, Armadillo's counsel asked that Plaintiff withdraw reliance on certain witnesses and documents that were not disclosed until after the close of discovery, but Plaintiff's counsel refused (and maintains his refusal today). Additionally, on October 16, 2018, Armadillo's counsel conferred again with Plaintiff's counsel who refused to withdraw his summary judgment motion and/or reliance on the declarations and exhibits referenced in Armadillo's motion to strike.

Dated:  October 16, 2018                               Respectfully submitted,

                                                              /s/ Anna B. Naydonov
                                                              Anna B. Naydonov (*pro hac vice*)
                                                              anna.naydonov@finnegan.com
                                                              Douglas A. Rettew (*pro hac vice*)
                                                               doug.rettew@finnegan.com
                                                               Margaret A. Esquenet *(pro hac vice)*
                                                              margaret.esquenet@finnegan.com
                                                               FINNEGAN, HENDERSON, FARABOW,
                                                              GARRETT & DUNNER, LLP

      901 New York Avenue, NW
      Washington, DC 20001-4413
      Tel.:   202.408.4000
      Fax:   202.408.4400

      Anne C. Leonard
      Florida Bar No. 0085133
      *aleonard@trenam.com*
      Brigid A. Merenda
      Florida Bar No. 0320500
      *bmerenda@trenam.com*
      TRENAM, KEMKER, SCHARF, BARKIN,
        FRYE, O'NEILL & MULLIS, P.A.
      101 E. Kennedy Boulevard, Suite 2700
      Tampa, FL 33602
      Tel.:   813.223.7474
      Fax:   813.229.6553
      *Attorneys for Armadillo Distribution*
      *Enterprises, Inc., Armadillo Enterprises,*
      *Inc., Dean Guitars, the Estate of Darrell*
      *Abbott, and Guitar Center, Inc.*

## **CERTIFICATE OF SERVICE**

    I hearby certify that a true and correct copy of the foregoing was electronically filed on October 16, 2018, with the Clerk of Court through the CM/ECF system that will provide notice to all parties of record.

            */s/ Anna B. Naydonov*
            Anna B. Naydonov